John K. Buche (SBN 239477)
Lindsay D. Molnar (SBN 275156)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Tel: 858.459.9111
Fax: 858.459.9120
jbuche@buchelaw.com
lmolnar@buchelaw.com

Attorneys for Plaintiff Wireless Telematics, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRELESS TELEMATICS, LLC, a California limited liability company, | Case No. **'14 CV 1263 AJB JMA** |
| Plaintiff, | **COMPLAINT FOR** |
| v. | **(1) PATENT INFRINGEMENT OF U.S. PATENT NO. 7,847,706 AND U.S. PATENT NO. 8,421,588** |
| OUTDOORLINK, INC., an Alabama corporation; OUTDOORLINK SERVICES, INC., an Alabama corporation | |
| Defendants. | **JURY TRIAL DEMANDED** |

Plaintiff Wireless Telematics, LLC ("Wireless Telematics" or "Plaintiff"), brings this Complaint against Defendants OutdoorLink, Inc. and OutdoorLink Services, Inc. (collectively "OutdoorLink" or "Defendants" unless otherwise specified), and alleges as follows:

## THE PARTIES

1.      Wireless Telematics is a California Limited Liability Company with its principal place of business located in San Diego, California.

2.      Plaintiff designs, manufactures, and markets Lighting Control & Monitoring Service ("LCMS") for use in the commercial industry.

3.      Defendants OutdoorLink Services, Inc. and OutdoorLink, Inc. are Alabama Corporations (collectively "OutdoorLink" or "Defendants" unless otherwise specified), both with stated places of business at 3058 Leeman Ferry Road, Huntsville, Alabama 35801.

4.      Service of process is proper on OutdoorLink, Inc. on its registered agent for service of process, Charles Jennings at 3058 Leeman Ferry Road, Huntsville, Alabama 35801, or on a principal officer of the company at the place of business.

5.      Service of process is proper on OutdoorLink Services, Inc. on its registered agent for service of process, Terry Joe Kennamer at 3058 Leeman Ferry Road, Huntsville, Alabama 35801, or on a principal officer of the company at the place of business.

6.      OutdoorLink sells and services remote wireless lighting controls for extensive outdoor lighting on commercial properties.

7.    OutdoorLink conducts business and sells its consumer wireless lighting control systems and services ("Accused Technology") throughout the United States, including in this district, via websites, including, but not limited to, at www.outdoorlinkinc.com and through various distributors.    The Accused Technology include the "smartlink" system and services which enable OutdoorLink clients to use the Accused Technology.

## JURISDICTION AND VENUE

8.    This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.,* and seeks damages and injunctive relief pursuant to 35 U.S.C. §§ 271, 281, and 283-285.

9.    This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Acts of Congress relating to patents.

10.    This Court has personal jurisdiction over OutdoorLink because OutdoorLink has had, and continues to have, regular and systematic contacts with the State of California and within this judicial district by selling and/or offering to sell products and services that infringe the patents at issue in this case, and/or by conducting other business within this judicial district.    In addition, this Court has personal jurisdiction over OutdoorLink because OutdoorLink has used, offered for sale, and/or sold infringing products and services and placed such infringing

products and services in the stream of commerce with the expectation that such infringing products would be used, offered for sale, and/or sold within the State of California and this judicial district.

11.   Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400 because, upon information and belief, OutdoorLink conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering for sale infringing products, and/or by conducting other business in this judicial district.   Furthermore, Wireless Telematics is headquartered and has its principal place of business in this judicial district, sells competing products in this judicial district, and has been harmed by OutdoorLink's infringing conduct in this judicial district.

## COUNT I – PATENT INFRINGEMENT

12.   Paragraphs 1–11 are hereby incorporated into this count by reference.

13.   United States Patent No. 7,847,706 ("the '706 Patent"), entitled "Wireless Electrical Apparatus Controller Device and Method of Use," was duly and legally issued on December 7, 2010.  The '706 Patent was duly and legally assigned to Wireless Telematics, and Wireless Telematics owns and has full rights to sue and recover damages and other relief for infringement of the '706 Patent.  A copy of the '706 Patent is attached hereto as **Exhibit 1**.

14.     On information and belief, OutdoorLink has infringed claims 1-29 of the '706 literally and/or under the doctrine of equivalents by and through making, using, selling and/or importing its Accused Technology.

15.     OutdoorLink infringes the '706 Patent by making, using, offering for sale, and selling infringing products and services within the United States and this judicial district, including a "smartLink" line of products and related services.

16.     OutdoorLink's infringement of the '706 Patent has been without permission, consent, authorization, or license of Wireless Telematics.  Therefore, on information and belief, OutdoorLink's actions constitute willful and intentional infringement of the '706 Patent.

17.     As a direct and proximate result of OutdoorLink's infringement of the '706 Patent, Wireless Telematics has been damaged and is entitled to recover damages adequate to compensate it for OutdoorLink's infringement.

18.     As a direct and proximate result of OutdoorLink's infringement of the '706 Patent, OutdoorLink has derived and received gains, profits and advantages in an amount currently unknown to Wireless Telematics.

19.     OutdoorLink has caused Wireless Telematics substantial damages and irreparable injury by its infringement of the '706 Patent, and Wireless Telematics will continue to suffer damage and irreparable injury unless and until the

infringement by OutdoorLink is enjoined by the Court.   OutdoorLink has no adequate remedy at law.

20.   United States Patent No. 8,421,588 ("the '588 Patent"), entitled "Combination Wireless Electrical Apparatus Controller and Energy Monitoring Device and Method of Use," was duly and legally issued on April 16, 2013.  The '588 Patent was duly and legally assigned to Wireless Telematics, and Wireless Telematics owns and has full rights to sue and recover damages and other relief for infringement of the '588 Patent.  A copy of the '588 Patent is attached hereto as **Exhibit 2**.

21.   On information and belief, OutdoorLink has infringed claims 1-15 of the '588 literally and/or under the doctrine of equivalents by and through making, using, selling and/or importing its Accused Technology.

22.   OutdoorLink infringes the '588 Patent by making, using, offering for sale, and selling infringing products within the United States and this judicial district.

23.   OutdoorLink's infringement of the '588 Patent has been without permission, consent, authorization, or license of Wireless Telematics.  On information and belief, OutdoorLink's actions constitute willful and intentional infringement of the '588 Patent.

24.     As a direct and proximate cause of OutdoorLink's infringement of the '588 Patent, Wireless Telematics has been damaged is entitled to recover damages adequate to compensate it for OutdoorLink's infringement.

25.     As a direct and proximate result of OutdoorLink's infringement of the '588 Patent, OutdoorLink has derived and received gains, profits and advantages in an amount currently unknown to Wireless Telematics.

26.     OutdoorLink has caused Wireless Telematics substantial damage and irreparable injury by its infringement of the '588 Patent, and Wireless Telematics will continue to suffer damage and irreparable injury unless and until the infringement by OutdoorLink is enjoined by the Court.   OutdoorLink has no adequate remedy at law.

27.     On information and belief, pursuant to 35 U.S.C. § 271(b)-(c), OutdoorLink has induced and/or contributed to the infringement of the '588 and '706 patents by actively and knowingly encouraging and assisting its customers to infringe the patent through use of the Accused Technology.

28.     Pursuant to 35 U.S.C. § 284, Wireless Telematics is entitled to damages for OutdoorLink's infringing acts and treble damages together with interest and costs as fixed by this Court.

29.     Pursuant to 35 U.S.C. § 285, Wireless Telematics is entitled to reasonable attorneys' fees for the necessity of bringing this claim.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

**PRAYER**

WHEREFORE, Plaintiff Wireless Telematics respectfully requests that judgment be entered in favor of Wireless Telematics and against Defendant OutdoorLink and further prays that the Court grant the following relief to Wireless Telematics:

1.  A judgment that OutdoorLink has infringed the '706 and '588 Patents;

2.  A judgment awarding to Wireless Telematics its lost profits as a result of infringement by OutdoorLink under 35 U.S.C. § 271;

3.  A judgment awarding not less than a reasonable royalty to Wireless Telematics as a result of infringement by OutdoorLink under 35 U.S.C. § 271;

4.  Entry of a preliminary and a permanent injunction pursuant to 35 U.S.C. § 283 enjoining OutdoorLink, as well as its officers, directors, servants, consultants, managers, employees, agents, attorneys, successors, assigns, affiliates, subsidiaries, and all persons in active concert or participation with any of them, from infringement of the

'706 Patent, including but not limited to making, using, offering to sell, selling, or importing any products that infringe the '706 Patent;

5.   Entry of a preliminary and a permanent injunction pursuant to 35 U.S.C. § 283 enjoining OutdoorLink, as well as its officers, directors, servants, consultants, managers, employees, agents, attorneys, successors, assigns, affiliates, subsidiaries, and all persons in active concert or participation with any of them, from infringement of the '588 Patent, including but not limited to making, using, offering to sell, selling, or importing any products that infringe the '588 Patent;

6.   'An award of all damages adequate to compensate Wireless Telematics for OutdoorLink's infringement, such damages to be determined by a jury and, if necessary, an accounting of all damages;

7.   An award of prejudgment and post-judgment interest to Wireless Telematics pursuant to 35 U.S.C. § 284;

8.   A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of the reasonable attorneys' fees, costs, and expenses incurred by Wireless Telematics in this action; and

9.   Such other and further relief as the Court may deem just and proper.

DATED this 21st day of May, 2014

Respectfully Submitted,

By:      /s/ John K. Buche
John Karl Buche (CSBN 239477)
Lindsay Molnar (CSBN 275156)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Tel: 858.459.9111
Fax: 858.459.9120
Email: jbuche@buchelaw.com
              lmolnar@buchelaw.com

ATTORNEYS FOR WIRELESS
TELEMATICS, LLC

(12) **United States Patent**
Ross et al.

(10) Patent No.: **US 7,847,706 B1**
(45) Date of Patent: **Dec. 7, 2010**

(54) **WIRELESS ELECTRICAL APPARATUS CONTROLLER DEVICE AND METHOD OF USE**

(75) Inventors: **Allan L. Ross**, San Diego, CA (US); **William D. McWhirter**, Mason, OH (US); **John S. Weaver**, Cincinnati, OH (US); **Paul R. Jordan**, Blanchester, OH (US)

(73) Assignee: **Wireless Telematics LLC**, La Jolla, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 576 days.

(21) Appl. No.: **10/875,140**

(22) Filed: **Jun. 23, 2004**

(51) Int. Cl.
*G08C 19/00* (2006.01)

(52) **U.S. Cl.** .................. **340/825.69**; 340/5.1; 340/5.61

(58) **Field of Classification Search** ........... 340/825.69, 340/825.72, 825.22, 5.61, 5.64, 5.74, 5.1, 340/7.1, 825.29; 315/312, 314, 315; 341/176; 700/296

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,368,408 | A | * | 1/1983 | Marcus | 340/309.8 |
| 4,454,509 | A | | 6/1984 | Buennagel et al. | |
| 5,040,331 | A | * | 8/1991 | Merendino et al. | 49/25 |
| 5,165,465 | A | * | 11/1992 | Kenet | 165/11.1 |
| 5,254,908 | A | | 10/1993 | Alt et al. | |
| 5,477,228 | A | * | 12/1995 | Tiwari et al. | 342/357.03 |
| 5,661,468 | A | * | 8/1997 | Marcoux | 340/7.1 |
| 5,805,530 | A | * | 9/1998 | Youngberg | 368/47 |
| 5,859,595 | A | * | 1/1999 | Yost | 340/7.38 |
| 6,108,614 | A | * | 8/2000 | Lincoln et al. | 702/183 |
| 6,204,615 | B1 | | 3/2001 | Levy | |
| 6,236,331 | B1 | | 5/2001 | Dussureault | |
| 6,236,332 | B1 | * | 5/2001 | Conkright et al. | 340/3.1 |
| 6,374,101 | B1 | * | 4/2002 | Gelbien | 455/420 |
| 6,788,218 | B2 | * | 9/2004 | Sudolcan | 340/870.16 |
| 6,873,573 | B2 | * | 3/2005 | Pikula et al. | 368/10 |
| 6,876,670 | B1 | * | 4/2005 | Budrikis et al. | 370/474 |
| 7,006,006 | B2 | * | 2/2006 | Witkow et al. | 340/825.25 |
| 2002/0169539 | A1 | * | 11/2002 | Menard et al. | 701/200 |
| 2003/0222587 | A1 | | 12/2003 | Dowling, Jr. et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 074 441 A1 | 3/2000 |
| EP | 1 251 721 A1 | 10/2002 |
| WO | WO 03/043384 A1 | 5/2003 |

* cited by examiner

*Primary Examiner*—Vernal U Brown
(74) *Attorney, Agent, or Firm*—Mind Law Firm; Jeromye V. Sartain; Justin G. Sanders

(57) **ABSTRACT**

A device for controlling one or more electrical apparatuses comprising a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver and a clock circuit that keeps real-time onboard, the microprocessor storing an operating protocol according to which the control unit controls power to the electrical apparatus at real-time as kept by the clock circuit. The control unit's microprocessor may be further configured to read and store a nominal voltage for the electrical apparatuses and to compare the nominal voltage to the electrical apparatuses' operating voltage so as to monitor and report on their operation.

**29 Claims, 5 Drawing Sheets**





*Fig. 1*

EX. 1
2 of 16



*Fig. 2*



*Fig. 3a*



*Fig. 3b*



*Fig. 4*

EX. 1
5 of 16



*Fig. 5*

EX. 1
6 of 16

US 7,847,706 B1

**1**

# WIRELESS ELECTRICAL APPARATUS CONTROLLER DEVICE AND METHOD OF USE

## INCORPORATION BY REFERENCE

Applicants hereby incorporate herein by reference any and all U.S. patents and U.S. patent applications cited or referred to in this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Aspects of this invention relate generally to electrical apparatus controllers, and more particularly to wireless electrical apparatus control devices.

2. Description of Related Art

The following art defines the present state of this field:

U.S. Pat. No. 4,454,509 to Buennagel et al. is directed to a load management system which includes a central message generator and a plurality of addressable remote load controllers which selectively connect and disconnect high power deferrable loads to and from a power source in response to transmitted messages. The load controllers include means for translating coded tone pair inputs into digital data. Tones selected from three such tone pairs are used in one scheme, where a tone selected from the first tone pair is used for the initial bit of a message, and subsequent tones are alternately selected from the remaining two tone pairs or the remaining bits. One of the tones of the first tone pair is utilized as a test tone which initiates a test routine sequence. The test tone can be transmitted by a portable, low power transmitter to test the functioning of the remote units. A message format includes two code sets, a zone code set and a command/address code set. Each load controller has a preprogrammed zone identifier and a preprogrammed address identifier, and is responsive to a command/address code message only when the last received zone code message has identified the preprogrammed zone identifier of that load controller and the command/address message indicates the preprogrammed address identifier of that load controller. All load controllers having a common zone identifier are responsive to a scram instruction message which identifies that zone.

U.S. Pat. No. 5,254,908 to Alt et al. is directed to a sign board lighting control system for remotely controlling the lighting of a plurality of sign boards which includes a radio transmitting device at a central location, and a radio receiving device and a lighting control unit at each sign board location. During set-up of a sign board, programming signals designating the mode of operation and the location of the sign board are transmitted by radio to the control unit associated with each sign board. Subsequently, timing signals containing a multiple-digit computer generated code designating the time of day and the time of sunrise and sunset on a particular day within particular latitudinal zones are transmitted by radio to the control units of all sign boards. Each lighting control unit interprets and responds to the timing signals in accordance with previously received programming signals to control the illumination of the sign board in accordance with a predetermined lighting protocol.

U.S. Pat. No. 5,661,468 to Marcoux is directed to a system for remote control of electrical load devices, particularly electrical lighting where the commands are broadcast over a radio pager system. A radio pager receiver is located within or nearby the electrical light fixture and is normally in a standby state, receives the commands broadcast. The radio pager receiver is connected to a computer processor and electronic

**2**

circuitry. The computer processor interprets the commands and instructs the electronic circuitry to perform a desired operation. These operations include but are not limited to turning an electrical light element or group of electrical light elements on or off, dimming the light element or reprogramming the electrical light element to be included in a different control group of lights. Before the operation is accomplished, the computer processor checks for the appropriate security code entry. In addition, there are protection mechanisms built into the computer processor so that if the decoding of the commands indicates that a large block of devices is to be turned on at the same time, the operation will be staggered so as to prevent a huge inrush of current. One preferred embodiment of this device is to be installed in a typical exterior roadway light fixture.

U.S. Pat. No. 5,936,362 to Alt et al. is directed to a control system for remotely controlling the application of electric power to a plurality of electric apparatus includes a radio transmitting device at a central location, and a radio receiving device and a control unit at each electrical apparatus location. Programming signals designating the operating protocol or mode and the location of the electrical apparatus are transmitted by a radio programming signal to the control unit associated with each electrical apparatus. Subsequently, timing reference signals are transmitted to the control units of all electrical apparatus. Each control unit interprets and responds to the timing signals in accordance with previously received programming signals to control the application of electric power to the electrical apparatus in accordance with a predetermined operating protocol.

European Patent Application Publication No. EP 1 074 441 to Baldenweck is directed to a remote car function control unit having a broadcast message receiver using GSM signals with receiver set using position finding satellite information and setting processor unit. The remote control function setting unit has a broadcast message receiver system setting an information server. There is a position finding system (GPS) determines local position providing messages to a processor unit commanding messages from a GSM system.

U.S. Pat. No. 6,204,615 to Levy is directed to a new and improved outdoor lighting control system for an outdoor lighting system network for automatically sensing, conveying, and recording data relevant to the operation of the lighting system network so that both control and maintenance can be performed more efficiently. At each of plural lamp locations in the network, there is a controller module that receives electric power input and that supplies electric power to the remaining lamp locations. Each controller module has a first relay to deliver current to one or more outdoor illumination lamps at the controller module's location, and a second relay for switching electric power on to a succeeding lamp location. A first current sensor monitors current to the lamps at each lamp location, and a second current sensor monitors current to the remaining locations. The network's power lines form portions of a bi-directional data link via which data is transmitted from each controller module to a command station, and vice versa.

U.S. Pat. No. 6,236,331 to Dussureault is directed to an LED traffic light electronic controller which stabilizes the total output light intensity of the traffic light in order to ensure a constant light intensity of each traffic light color throughout the entire traffic light lifetime. The controller detects the output light intensity of a color, and then automatically adjusts the power input for the LEDs in order to increase the light intensity when needed. The controller works in a closed loop cycle in order to perform real-time control of the light intensity output. Thus, at each moment of the traffic light

US 7,847,706 B1

**3**

lifetime, the output light intensity is constant and equivalent to a predetermined standard. This insures traffic safety for the entire traffic light lifetime and also make it last longer. The controller also provides a ballast load when off, and is able to provide an open circuit when the LEDs have exhausted their useful lifespan. The intensity is further controlled by detecting ambient light conditions.

European Patent Application Publication No. EP 1 251 721 to Zaffarami et al. is directed to an urban remote-surveillance system for street lamps, in which a concentrator module sends, using a very low power transceiver, by means of a polling procedure, a message to each of a plurality of remote-control modules equipped with a very low power transceiver and organized in a hierarchical tree structure, defining in the message the destination module and a receiving/transmitting path consisting of a plurality of intermediate modules able to communicate with each other in succession, at the same frequency and without mutual interference, so as to obtain the necessary geographical coverage also using very low power transceivers.

PCT International Publication No. WO 03/043384 to Wacyk et al. is directed to a new architecture for high frequency (HF) ballast with wireless communication interface. The new architecture integrates RF wireless interface into the ballast. A user control transmits an RF control signal to a second antenna at the ballast site which provides the RF signal to the ballast which activates the fluorescent lamp. The ballast includes a transceiver/receiver, a communication decoder, a power control stage and a power stage. The transceiver/receiver receives the RF signal and communicates it to the communication decoder which acts as an interface to the power stage control. The power stage control controls the power stage that activates the fluorescent lamp. The communication decoder, power control stage, power stage and transceiver/receiver are located within the ballast enclosure which is an important part of the invention. If the power stage control is digital it may be combined with the communication decoder into one microprocessor or digital controller such as an ASIC. The communication decoder may be a serial interface. The transceiver/receiver is an RF integrated circuit. The ballast further includes an isolator to isolate the transceiver/receiver from the first antenna. The isolator may be capacitive.

U.S. Publication No. 2003/0222587 to Dowling, Jr. et al. is directed to smart lighting devices bearing processors, and networks comprising smart lighting devices, capable of providing illumination, and detecting stimuli with sensors and/or sending signals. Sensors and emitters can, in some embodiments, be removed and added in a modular fashion. Smart lighting devices and smart lighting networks can be used for communication purposes, building automation, systems monitoring, and a variety of other functions.

The prior art described above teaches an apparatus for addressably controlling remote units, a sign board lighting control system, a radio paging electrical load control system and device, programmable remote control systems for electrical apparatuses, a remote control method for a process, an intelligent outdoor lighting control system, an LED traffic light intensity controller, an urban remote surveillance system for street lamps, an architecture of ballast with integrated RF interface, and universal lighting network methods and systems, but does not teach a wireless electrical apparatus control system that, when the wireless network, the host server or the apparatus' own power are down for a period of time, is yet capable of functioning properly and efficiently and without the need for time data to be sent separately.

**4**

Aspects of the present invention fulfill these needs and provide further related advantages as described in the following summary.

SUMMARY OF THE INVENTION

Aspects of the present invention teach certain benefits in construction and use which give rise to the exemplary advantages described below.

The present invention is generally directed to a device for controlling one or more electrical apparatuses comprising a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver and a clock circuit that keeps real-time onboard, the microprocessor storing an operating protocol according to which the control unit controls power to the electrical apparatus at real-time as kept by the clock circuit. In the exemplary embodiment, the clock circuit is synchronized through the receipt of real-time data imbedded in the two-way wireless network's signal. The control unit's microprocessor may be further configured to read and store a nominal voltage for the electrical apparatuses and to compare the nominal voltage to the electrical apparatuses' operating voltage so as to monitor and report on their operation.

Other features and advantages of aspects of the present invention will become apparent from the following more detailed description, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of aspects of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate aspects of the present invention. In such drawings:

FIG. **1** is a schematic of an exemplary embodiment of the invention;

FIG. **2** is a schematic of an exemplary control unit thereof;

FIGS. **3***a* and **3***b* are schematics of alternative exemplary embodiments thereof;

FIG. **4** is a flow chart depicting the installation and initialization of an exemplary embodiment thereof; and

FIG. **5** is a flow chart depicting communications in an exemplary embodiment thereof.

DETAILED DESCRIPTION OF THE INVENTION

The above described drawing figures illustrate aspects of the invention in at least one of its exemplary embodiments, which are further defined in detail in the following description.

The present invention is generally directed to a system **10** for controlling one or more electrical apparatuses **200** comprising a wireless network **20** and one or more processor/transceiver control units **30** connected to the electrical apparatuses **200** and communicating with a host network operations center **60** over the wireless network **20**. In the exemplary embodiment, the wireless network **20** is a two-way ReFLEX network as is known and used in the art. As such, the wireless network **20** includes a first transceiver **22** configured to acquire and relay real-time data **28** from a global positioning system satellite **24** and a second transceiver **26** configured to receive the real-time data **28** from the first transceiver **22** and to continuously transmit the real-time data **28** to the control unit **30**. The processor/transceiver control unit **30** has a third transceiver **32** for receipt of the real-time data **28** and at least one microprocessor **34** wired to the third transceiver **32** for storage of an operating protocol **90** and for processing

US 7,847,706 B1

5

of the real-time data **28** accordingly. The processor/transceiver control unit **30** further includes a clock circuit **40**, such that as the third transceiver **32** receives the real-time data **28** from the second transceiver **26**, the microprocessor **34** synchronizes the clock circuit **40** with real-time, whereby the processor/transceiver control unit **30** controls power to the electrical apparatuses **200** according to the operating protocol **90** at real-time as kept by the clock circuit **40**. As will be explained in more detail below, each control unit **30** also communicates to and from the host network operations center **60** through the wireless network **20** so as to receive operating protocol **90** commands and send messages confirming receipt and execution of such commands. In this way, a wireless system according to the present invention operates on continuously synchronized real-time according to downloaded operating instructions so as to control, monitor and provide feedback regarding the operation of one or more electrical apparatuses. It will be appreciated by those skilled in the art that this streamlined approach of downloading and synchronizing to the real-time data **28** imbedded and inherent in two-way wireless communication has numerous advantages over systems requiring the separate and routine transmission of signals representing system or reference times. It will be further appreciated that while the electrical apparatus **200** is shown and described below in the exemplary embodiment as a light pole, the wireless controller system **10** of the present invention may be employed in remotely controlling virtually any apparatus that is electrically powered, including, but not limited to, lights and lighting standards, pumps, motors, boilers, compressors, heaters, chillers, condensers, appliances, computers and microprocessors, security systems, solenoids, switches, valves, clocks, and timers. With any such apparatus, in the exemplary embodiment, the present invention operates by connecting a processor/transceiver control unit **30** to each electrical apparatus **200** to be controlled. The control unit **30** is essentially wired between the power source **58** for the electrical apparatus **200** and the apparatus itself. The control unit's microprocessor **34** stores an operating protocol **90** for each apparatus **200** and communicates operational information over a wireless network **20** to and from a host network operations center **60**, which is securely accessible through the Internet **62**. According to the operating protocol **90**, the processor/transceiver control unit **30** is then capable of controlling each electrical apparatus **200** to which it is wired. Again, the control unit **30** includes a real-time clock circuit **40** for its independent and continuing execution of the operating protocol **90**, even were the wireless network **20** or host network operations center **60** to be down. The control unit's microprocessor **34** is configured to synchronize the clock-circuit **40** with the real-time data **28** imbedded in the wireless network **20**'s radio frequency ("RF") signal when regularly received by the processor/transceiver control unit **30**. The present invention then benefits users in several ways. First, it allows for powering electrical apparatuses in an automated, systematic way only as needed, thereby conserving energy through reducing the total amount of time an electrical apparatus is powered. Second, and relatedly, the invention enables users to avoid unnecessary on-time for the electrical apparatuses they are controlling, resulting in savings through both reduced energy consumption and reduced maintenance and replacement costs. Third, this wireless, systematic control of electrical apparatuses can increase the performance and safety of the apparatuses in use. Particularly, because the invention includes an on-board, real-time clock in each processor/transceiver control unit, each such control unit is, again, then capable of continuing its operation as desired even when the wireless network or host server is down. Once more, the

6

wireless network shown and described in the exemplary embodiment is a two-way narrowband wireless data network such as that based on the industry-recognized Motorola® ReFLEX™ protocol. Accordingly, the processor/transceiver control unit **30** employs a binary data protocol based on an octet (8 bits representing 1 byte) to communicate with the network **20**, whereby data values can be represented as one or multiple bytes depending on the value's range. However, it will be appreciated that virtually any two-way wireless data transmission system and corresponding data protocol now known or later developed in the art can be employed without departing from the spirit and scope of the present invention.

Turning to FIG. **2**, the processor/transceiver control unit **30** is shown schematically as generally including a microprocessor **34**, a transceiver **32**, and a clock circuit **40**. While the clock circuit **40** is shown as being separate from the microprocessor **34**, it will be appreciated that it may also be imbedded within the microprocessor **34**. The microprocessor **34** may be virtually any such device now known or later developed in the art capable of storing and executing operating programs and data and interfacing with other electrical devices wired thereto. As such, the microprocessor **34** is preferably configured with a permanent "read only memory" ("ROM") device **36** and a temporary random access memory ("RAM") device **38**, though as with the clock circuit **40**, it is possible that these memory devices **36**, **38** could be separate devices from the microprocessor **34** within the control unit **30**'s circuitry. The permanent memory device **36** generally stores all of the internal programming of the microprocessor **34** that govern its operation, while the temporary memory **38** stores such data as the operating protocol **90**, as explained in more detail below. The control unit **30** further includes one or more channels, or relays **42**, each having a current transformer **44**. The operation of the relays **42** and current transformers **44** in providing and monitoring electrical power, or voltage, to the connected electrical apparatuses **200** under the control of the microprocessor **34** is also described in detail below. The power typically required to operate the processor/transceiver control unit **30** of the present invention is approximately 20 volts in the exemplary embodiment. It is desirable that each control unit **30** be powered by the same circuit, or power source **58**, that is providing power to the electrical apparatuses **200** themselves so that a separate power supply for each control unit **30** is not necessary, except in the limited case of a back-up power supply **46**, described below. However, most electrical apparatuses **200** to be controlled by the control unit **30** operate on at least the typical 120 volts, while larger apparatuses and systems, such as commercial outdoor lighting systems, can operate on up to 480 volts. As such, the control unit **30** may also be equipped with a voltage transformer **48** as necessary to convert the line voltage of the electrical apparatuses **200** as provided by the power source **58** to the 20 volts needed to power the control unit **30**. At a minimum, control units according to the present invention may be configured with the necessary transformer to step down voltages of 480, 347, 277, 240, 208 or 120 volts, though other such transformers are possible without departing from the spirit and scope of the present invention. In the event of a loss of electrical power to the control unit **30**, the unit's back-up power supply **46** is to at least have enough stored power to back-up the runtime and threshold nominal voltage data and shut down properly. In an exemplary embodiment this may be accomplished through a high capacitance capacitor that can provide full power to the unit **30**, and particularly the microprocessor **34**, for up to approximately ten seconds after a complete power outage, providing ample time for the microprocessor **34** to "flash" the temporary memory device **38** with runtime data and other

EX. 1
9 of 16

US 7,847,706 B1

7

such information and then shut down. The back-up power supply **46** may further be capable of continuing to power the control unit **30**, and particularly the clock circuit **40**, for a finite time, such as one week, so as to maintain current date and time and enable the unit **30** to control the electrical apparatus **200** according to its stored operating protocol **90** as a default. This may be achieved through an on-board battery or other such device. Such a back-up power supply **46** may not be able to provide sufficient power to send and receive messages, though. However, it will be appreciated that the back-up power supply **46** may take on numerous other forms, both now known and later developed in the art. When electrical power is restored, the control unit **30** will again synchronize its on-board time as kept by the clock circuit **40** with real-time as provided by the wireless network **20** (FIG. 1) and will send a "power on" acknowledgement message to the host network operations center **60** (FIG. 1). The back-up power supply **46** will also be recharged by the now restored AC line voltage. The programming of the control unit **30**, again, is stored in a permanent memory device **36** within the microprocessor **34** and the temporary memory device **38** to which the other transient information is "flashed" is preferably nonvolatile so that neither are affected by power outages, whether or not a back-up power supply **46** is in place. A UL and NEMA 4X rated electrical enclosure **50** is configured to house the processor/transceiver control unit **30** circuitry. In the exemplary embodiment, the enclosure **50** is a roughly 3"×3"×9" water-tight plastic body and is, in any configuration, preferably configured so as to be conveniently installed on virtually any surface in the vicinity of the electrical apparatuses **200** to be controlled or to the exterior or within the interior of a specific electrical apparatus **200** with which the control unit **30** is associated. Accordingly, the wires **52** through which the control unit **30** is to be connected to the line voltage supplying the electrical apparatus **200** and to the apparatuses themselves may exit from an end of the enclosure **50** and/or the back and may in either case be approximately 3' in length, though it is to be appreciated that these locations and lengths are merely exemplary. The transceiver **32**'s antenna **54** may be directly installed within or to the control unit **30**'s enclosure **50**, or the antenna **54** may be separately installed and be connected to the control unit **30** through an antenna cable, which would typically be on the order of 20' in length, though virtually any length is possible. A visible indicator **56**, in the exemplary embodiment comprising one or more LEDs, may be configured on the outside of the control unit **30**'s enclosure **50** so as to indicate on location such status conditions of the control unit **30** as when power is supplied to the unit **30**, when the transceiver **32** is active (perhaps even separately as a "transmitter active" LED and a "receiver active" LED), and when any of the relays **42** are active, are experiencing an over- or saturated-voltage condition, or have been overridden. This visible indicator **56** can take numerous forms, both now known and later developed in the art, and may also provide information beyond the exemplary power and network connection status. In addition to the above-described circuit elements and features, the control unit **30** may also be configured with a manual power switch (not shown), a voltage calibration adjustment (not shown) on each relay **42**, and a data interface port (not shown), such as an RS-232 port. It will be appreciated by those skilled in the art that numerous other physical and electrical configurations of the processor/transceiver control unit **30** of the present invention may be employed without departing from its spirit and scope.

Referring now to FIGS. 3*a* and 3*b*, the processor/transceiver control unit **30** is shown as being connected to one or

8

more electrical apparatuses **200**. Specifically, as illustrated in the exemplary embodiments, a single control unit **30** may be connected to a single electrical apparatus **200** or multiple apparatuses **200**. When multiple apparatuses **200** are to be controlled, the apparatuses **200** may be connected in series so as to all be controlled in the same way according to a single operating protocol **90**. Accordingly, in the exemplary embodiment of FIG. 3*a* involving multiple light pole electrical apparatuses **200**, the processor/transceiver control unit **30** may be installed at some on-site location, such as on a building **80**, so as to be in series between a group of lights **200** and their power source **58** (FIG. 2). In this way, as explained in more detail below, a single operating protocol **90** stored within the processor/transceiver control unit **30** can be used to control multiple light pole electrical apparatuses **200**. Or, multiple apparatuses **200** may be independently controlled by a single processor/transceiver control unit **30** by each being connected to separate channels, or relays **42**, of the control unit **30**, as shown in the alternative embodiment of FIG. 3*b*. In the alternative exemplary embodiment, then, the control unit **30** is configured with two channels **42**, each being wired to a separate bulb or ballast defining the respective light pole electrical apparatus **200** and each being assigned a different operating protocol **90** stored in the control unit **30**'s memory **38** (FIG. 2). In this way, one bulb or ballast can operate according to one protocol and one according to another. It will be appreciated by those skilled in the art that a single processor/transceiver control unit **30** can be configured with virtually any number of channels **42**, and so control a number of different electrical apparatuses **200** separately, and that the two channels shown and described are merely exemplary.

The processor/transceiver control unit **30** is installed and connected to one or more electrical apparatuses **200** and then powered up and initialized as shown in FIG. 4. At step **100** the power source **58** (FIG. 2) feeding the electrical apparatus(es) **200** to be controlled is initially switched off. In step **102**, a first control unit **30** is then wired between the power source **58** and the electrical apparatuses **200**, as described above (see FIGS. 2, 3*a* and 3*b*). When first installed, the control unit **30** is in a default "off" position. At step **104**, the configuration of the control unit **30** is recorded, which includes, as indicated at step **106**, user input through the host network operations center **60** (FIG. 1) of such information for each control unit **30** as its identification, geographical location, relay settings, and number of electrical apparatuses connected, more about which will be said below. This same process of installing and configuring a control unit **30** can then be repeated for numerous such units, as indicated at step **108**. In step **110**, the power source **58** feeding the electrical apparatus(es) **200** now connected to one or more control units **30** is switched on. Because the control units **30** are installed in a default "off" condition, if the installation has been successful and the units **30** are operating to control their respective electrical apparatuses **200**, the apparatuses **200** should remain "off" even though their power source **58** is now "on," as indicated at step **112**. If the electrical apparatuses **200** are "on" rather than "off," the installation of the control unit(s) **30** should be inspected and corrected as necessary, as indicated at step **114**. If the electrical apparatuses **200** do remain "off" so as to indicate that the control units **30** have been installed and are operating correctly, in step **116** each control unit **30** would then automatically send a power-on acknowledgement message to the network operations center **60** over the wireless network **20** (FIG. 1). At step **118**, if this "power-on" condition is not the first "boot up" after an installation or reset, then the power-up is essentially complete, as indicated at step **120**. However, if the "power-on" condition is the first "boot up," as it would always

US 7,847,706 B1

9

be after an installation, the network operations center **60** replies to the power-on acknowledgement message sent at step **116** with a startup routine or "Operate Initialization Routine" command, as indicated at step **122**. It will be appreciated that a first "boot up" and, hence, the startup routine can also be initiated by a user reset command, as in step **124**. Beyond a command to the control units **30** to begin the initialization routine **126**, the user may also at step **124** selectively set the parameters for the initialization routine. That is, the control unit **30** runs an initialization routine **126** that is configured by the user through the host network operations center **60** (FIG. **1**) and executed upon transmission of the initialization or "boot-up" command from the host. Generally, the initialization routine **126** includes at least one on/off cycle, as in step **130**, and a voltage reading to determine the nominal voltage, as in step **128**, explained below. A second on/off cycle can follow the voltage reading **128**, if so configured by the user. Variables for the initialization routine **126** that can also be elected by the user include the duration of the on/off cycles and the time between cycles. In the case of the exemplary embodiment in which light poles are controlled, it is preferable that the duration of the on/off cycle be sufficient to allow the light bulbs to be fully energized before the threshold nominal voltage is measured, as described below. At the completion of the required number of on/off cycles and the voltage reading, if the electrical apparatuses **200** are properly powered and functioning, the control unit **30** will send an initialization confirmation message and the installation will be complete, as in step **120**. Again, if one or more of the electrical apparatuses **200** are not properly powered or functioning or the initialization routine **126** is otherwise not successfully completed, an initialization status message so indicating and, when needed, a low-, saturation-, or off-voltage alarm message will be sent from the control unit **30** to the network operations center **60** to trigger the appropriate corrective action, such as inspection and reinstallation as in step **114**. Regarding the voltage reading at step **128**, as set forth above, each control channel or relay **42** of the processor/transceiver control unit **30** has a current transformer ("CT") **44** (FIG. **2**) for monitoring circuit amperage. During the initialization routine **126**, then, the control unit **30** will calculate a threshold nominal voltage value based on the electrical apparatus(es) **200** assigned and connected to each relay **42**. The number of apparatuses **200** per control unit **30** and/or relay **42** is, again, set by the user at step **106**. Actual operating CT voltage is monitored only when that channel's relay **42** is "on" and only after the initialization routine **126** is completed. All such voltage monitoring is internal to the control unit **30**, except when a low-voltage condition is detected and reported or when an on-demand status request is initiated by a user through the host network operations center **60**. Regarding a detected low-voltage condition, which would indicate that one or more of the electrical apparatuses **200**, such as a bulb, has failed or is otherwise not functioning properly, the alert voltage change ($\Delta V_a$) is determined by dividing the nominal voltage ($V_n$) determined during installation by the number of electrical apparatuses (n), assuming each apparatus draws the same power.

$$\Delta V_a = (V_n/n)$$

For example, if the electrical apparatus **200** being controlled is a light pole having four bulbs per ballast or relay and a threshold nominal voltage of 2.0 volts, the alert voltage change would be 0.5 volts. Accordingly, when an operating CT voltage of 1.5 volts is detected on the control channel by the current transformer, a low-voltage alert would be war-

10

ranted, specifically indicating that one of the four bulbs is out or malfunctioning. Continuing the example, it would follow that if an actual CT voltage of 1.0 volt were detected, that would indicate that two of the four bulbs were out or malfunctioning, and so on. Again, it will be appreciated by those skilled in the art that a similar approach using voltage changes may be employed in monitoring and reporting on the operation of a variety of electrical apparatuses being controlled and, as such, that the monitoring and reporting of bulb outages is merely exemplary. Once a low-voltage condition is detected, a voltage alert signal is sent to the network operation center **60** for corrective action, as described more fully below. Regarding user input of information relating to the geographical location of a particular control unit **30**, as in step **106**, inherently, the geographical location of each unit **30** falls within a specific time zone. With this location and time zone pin-pointed, the control unit **30** can be configured to make the appropriate offset from the international Greenwich Mean Time ("GMT") real-time data **28** provided from the wireless network **20** (FIG. 1) so as to synchronize to local real-time. In the continental United States, for example, there are effectively five time zones: (1) eastern daylight savings time ("EDST"), four hours earlier than GMT; (2) eastern standard time ("EST") or central daylight savings time ("CDST"), five hours earlier than GMT; (3) central standard time ("CST") or mountain daylight savings time ("MDST"), six hours earlier than GMT; (4) mountain standard time ("MST") or pacific daylight savings time ("PDST"), seven hours earlier than GMT; and (5) pacific standard time ("PST"), eight hours earlier than GMT. Thus, with the control unit **30** powered up and initialized and ready for communication, the unit's time zone can be set through a host- or user-initiated command. Specifically, in the exemplary embodiment, a global positioning system ("GPS") satellite **24** transmits international standard time data **28** in Greenwich Mean Time ("GMT"), which is then acquired by a GPS transceiver **22** and transmitted to a ReFLEX transceiver **26** located at a local tower site. The ReFLEX transceiver **26** then encodes the real-time data **28** for ReFLEX-frame time-stamp transmission, which under the current protocol would be a 901 to 940 MHz ReFLEX two-way radio frequency signal with the embedded time stamp, such as in the first frame of a 16- or 32-frame data header. Ultimately, this GMT real-time data **28** is received by the remote processor/transceiver control unit **30** located at the electrical apparatus **200**. Because the control unit **30** has been set-up and initialized, including accounting for its geographical location, and thus time zone, the unit is able to convert the GMT real-time data **28** imbedded in the ReFLEX transmission into local time, or system time, for that particular control unit **30**. The date may also be embedded in the real-time data **28** signal and/or may be initially set by the user during unit installation at step **106**. Again, while a two-way ReFLEX network **20** is shown and described in the exemplary embodiment, it will be appreciated that any two-way wireless data transmission system now known or later developed in the art that includes imbedded real-time data inherent in the network provider's signal can be employed without departing from the spirit and scope of the present invention. Beyond configuring each unit **30**'s time zone remotely through a command sent from the host network operations center **60** according to the geographical location of the control unit **30** determined during installation, as explained more fully above, in the exemplary embodiment, the control unit **30** is further capable of accounting for sunrise and sunset in its particular location for more accurate and efficient control of its associated electrical apparatuses **200**, particularly lights and lighting systems. Essentially, to determine the sunrise and sunset (dawn and

US 7,847,706 B1

**11**

dusk) times, the latitude and longitude of each control unit **30** is also defined. In the exemplary embodiment, these values are sent from the host **60** to each control unit **30** during setup and initialization. With the date and these values, the control unit **30** itself, through its microprocessor **34** and permanently stored programming, is able to calculate sunrise and sunset times and to control its associated electrical apparatus(es) **200** accordingly, depending on whether a dusk/dawn with cutback or dusk/dawn with start time or end time schedule is stored in the control unit **30**, as explained below. It will be appreciated by those skilled in the art that the latitude and longitude data and the corresponding sunrise and sunset calculations may be downloaded or made in a number of other ways without departing from the spirit and scope of the invention.

Turning now to FIG. **5**, an operating protocol **90** (FIG. **2**) is stored in the microprocessor **34**, or other memory location **38** of each processor/transceiver control unit **30** for each channel **42**, either at the factory or through a wireless signal generated by the user interfacing with the system **10** over a secure Internet connection **62** to the host network operations center **60**. The user may also indirectly initiate the storage of the operation protocol **90** by initially configuring the control unit **30** and/or the network operations center **60** such that operating instructions are sent to one or more control units **30** automatically. The host **60** is essentially a web-based server and corresponding software configured to process and cooperate with user commands in configuring the control units **30**. As explained in more detail below, each operating protocol **90** is essentially either a permanent, or default, schedule or a temporary, or override, schedule. Generally, messages of any kind are communicated to the control unit **30** over the wireless network **20** at the initiation of a user through a terminal **64** (FIG. **1**), as indicated in step **140**, though, again, some messages may be sent automatically. At step **142**, the host network operations center **60** (FIG. **1**) then validates the unit **30**'s status before proceeding further, which would include insuring that the particular unit **30** to which the user's command is directed is powered up through the request for and receipt of a power on or "Boot Up" message from the unit **30**, as in step **144**. If power is not found to be on for the control unit **30** at issue or it is otherwise unresponsive or not functioning properly, the host **60** will prompt the user for a next command, as indicated at step **146**, which would essentially be to cancel the command and prompt the user later when the unit **30** is responding and/or powered up, as in step **148**, or store the command at the network operations center **60** and send it later when the unit **30** is responding and ready, as in step **150**. In step **152**, once the control unit **30** is found to be on and ready to receive transmissions, either initially or on a retry, or if such is assumed by the host **60**, the command is at that time sent over the wireless network **20** to the control unit **30**. If the control unit **30** does not have power or the command is otherwise not received by the unit **30**, the command is stored and queued for retransmission, as indicated at step **154**. When any such command message is sent from the host **60**, in the exemplary embodiment, it will include a date/time stamp in the time zone of the control device **30** to which the message is being sent, which is effectively the expiration date/time for the message. Thus, where the control unit **30** in fact has power and successfully receives the command signal, in step **156**, the expiration date/time of the signal is compared by the control unit **30** to real-time for that location as kept by its clock circuit **40**. If the command is received after the expiration date/time stamp it is to be ignored by the control unit, as in step **158**. On the other hand, if the command is received before the expiration date/time or there is no date/time stamp

**12**

in the command message from the host **60**, in which case the control unit **30** is to assume that the command has no expiration, the command is executed accordingly, as in step **160**. At step **162**, after any command is executed, a confirmation message is sent from the control unit **30** to the host network operations center **60**, as explained in more detail below. Those skilled in the art will appreciate that the command message communication shown and described is merely exemplary and that numerous other command and message sequences can be employed without departing from the spirit and scope of the present invention.

In controlling the electrical apparatuses **200** to which a particular processor/transceiver control unit **30** is connected, in the exemplary embodiment each unit **30** generally follows its stored operating protocol **90** (FIG. **2**) according to a hierarchical approach. The default operating protocol **90** is any associated permanent schedule. Permanently scheduled events, or events which are recurring, are generally defined by their day of execution, start time, event number, relay state, and duration. In the exemplary embodiment, three events per day may be configured for each day of the week, or a total of twenty-one scheduled events per week. In other words, Monday can have a different permanent schedule than Tuesday, etc. Accordingly, portions of the permanent schedule may be updated or changed remotely without transmitting an entire schedule batch. As above, if electrical power to the control unit **30** is lost, the unit **30** will maintain its permanent schedule and run accordingly until power is restored and a different schedule is imposed, either as a temporary schedule or through an on-demand command. If a temporary schedule is then transmitted by the user through the host network operations center **60** to the control unit **30**, the temporary schedule will be followed and will override the permanent schedule to the extent that the times in the respective schedules overlap. Temporary scheduled events are single or one-time events that are generally defined by a day of execution, start time, relay state, and duration. In the exemplary embodiment, twenty-one temporary scheduled events may be stored in the memory of the control unit, though it will be appreciated that any number of temporary events can be scheduled, as they are not limited by a weekly or daily interval, but may be scheduled at any time. Regarding the duration of a temporary scheduled event, if the duration is set to zero, the temporary event will run indefinitely until the inverse relay state is executed by a permanent schedule or an on-demand command sent by a user. Any other duration will cause the temporary event to run for that time period from the start time, at the end of which the control unit will return to its default state according to the permanent schedule. Thirdly, whether the control unit **30** is presently controlling its associated electrical apparatus(es) **200** according to a permanent or temporary schedule, if an on-demand command is transmitted from the host **60** having a start time that is the same as or later than real-time, the on-demand command will be executed at the appropriate time, thereby overriding any permanent or temporary schedule on which the control unit would otherwise be operating. Examples of on-demand commands that may be sent from the host network operations center **60** to a remote processor/transceiver control unit **30**, again, either at the initiation of a user or automatically, include "On," "Off," "Record Voltage," and "Reset." Once the on-demand command is completed, the control unit **30** will revert back to whatever schedule, permanent or temporary, it was to be following at that time. Moreover, rather than actual times of day, the processor/transceiver control unit **30** can execute according to an operating protocol **90** that accounts for sunset and/or sunrise, or dusk/dawn, the calculations of which are

US 7,847,706 B1

13

14

explained above. Where the electrical apparatus **200** is a light pole that is to be turned on a certain number of minutes before dusk and/or turned off a certain number of minutes after dawn, for example, an operating protocol based on dusk/dawn with cut-back can be employed. As such, the dusk/dawn times corresponding to when the electrical apparatus **200** would be turned on and off may be adjusted by a fixed number of minutes, such as thirty minutes before dusk and thirty minutes after dawn. Similarly, where electrical apparatus **200** is to be turned on at dusk or turned off at dawn but have a fixed end time or start time, respectively, an operating protocol based on dusk with end time or dawn with start time can be employed, for example. In this way, dusk or dawn can be one triggering event, but a fixed time can be the other. It will be appreciated that both the dusk/dawn with cut-back and dusk/dawn with start or end time operating protocols may be useful in connection with numerous electrical apparatuses beyond light poles and that, as such, the light poles shown and described are, again, merely exemplary. In the exemplary embodiment, the commands that may be sent to the processor/transceiver control unit **30**, either automatically or as initiated by the user, include, but are not limited to, "Set Time Zone," "Operate Initialization Routine," "Set Warm Up Duration," "Set Alarm Voltages and Bias," "Set Default Device State," "Set Permanent Scheduled Events," "On Demand," "Channel Override," "Configure Dawn/Dusk Operation," "Configure Dawn/Dusk Operation with Start Time," "Configure Dawn/Dusk Operation with End Time," "Set Temporary Scheduled Event," "Delete Temporary Scheduled Event," "Clear Event Configuration," "Enable/Disable Voltage Alarm Monitor Message," "Acknowledge Alarm Message," "Clear Alarm Message," "Set Runtime Download Message," "Set Boot Message," "Reset to Default," "Status Request," "Voltage Reading Request," "Runtime Log Request," "Check-sum Request," "Event Configuration Request," "Alarm Voltage Request," "Event State Request," "Time Stamp Request," and "Initialization Request."

As indicated previously, communications from the remote processor/transceiver control unit **30** are transmitted through a local ReFLEX transceiver **26** and a ReFLEX network **40** operations center **27** and then to the host network operations center **60** via the Internet **62** (FIG. **1**). Users may also receive messages from and remotely program one or more of the remote processor/transceiver control units **30** through the same host network operations center **60** over the Internet **62**, with signals corresponding to communications from a user to a particular processor/transceiver control unit **30** being transmitted through the two-way ReFLEX network **20**. Again, while a two-way ReFLEX network is shown and described in the exemplary embodiment, it will be appreciated that any two-way wireless data transmission system now known or later developed can be employed without departing from the spirit and scope of the present invention. Further, in the exemplary embodiment, the user views the control units **30'** configurations and activities and sends and receives communications regarding such through a terminal interface **64** operating over a global communication network **62**. An example of such is viewable through a VT-102-compatible terminal emulator program, though, again, it will be appreciated that numerous software programs and configurations, both now known and later developed, for facilitating network data transmission may be employed in the present invention. Regarding the host **60**'s, and ultimately the user's, tracking the status and performance of the electrical apparatuses **200** being controlled by the wireless system **10** of the present invention, there are numerous status messages that may be sent by the control units **30**, again, either automatically or at

the user's specific initiation. First, as above, each processor/transceiver control unit **30** effectively sends a confirmation message whenever a command is received and its function performed, the initialization routine **126** described above not excepted, which automatically sends an initialization confirmation as part of its very function. Confirmations are generally sent only when commands or messages are communicated from the host network operations center **60** to the control unit **30**, with the intent to confirm that the message was received and executed. Accordingly, each confirmation message preferably includes a command identifier. Whenever the processor/transceiver control unit **30** powers an associated electrical apparatus **200** or otherwise boots, a "power-on" or "boot up" message will be transmitted from the control unit **30** to the host network operations **60** center via the wireless network **20**. This feature, which is part of the software code permanently stored in the control unit **30**'s microprocessor **34**, may nonetheless be enabled or disabled remotely over the wireless network **20**. The control unit **30** may also provide a status message on polling by the host **60**, which would include the relay state (on or off), the actual voltage(s) measured by the current transformer(s), the current relay runtime, and the date and time the status was requested. Relatedly, the control unit **30** stores daily runtime data that can be downloaded in batch form to the host **60** based on a user- or host-initiated command. Further, the control unit **30** may be configured to send runtime data to the host **60** once per day automatically. In one configuration, the control unit **30**'s daily runtime data, or heartbeat message, is set to include the total relay on-time for the 12-hour morning period and the 12-hour evening period of the 24-hour daily run cycle. Check-sum is a programming feature of the processor/transceiver control unit **30** that periodically verifies its scheduling information against that of the host **60**, or the unit **30**'s event configuration against that entered by the user. The control unit **30** can be queried automatically by the host **60** or by a user command. In the exemplary embodiment, the check-sum used is a cyclic redundant code employing polynomial of width 8 ("CRC-8"). It will be appreciated by those skilled in the art that a variety of programming codes or steps may be employed in periodically verifying the control unit **30**'s scheduling data against that entered by the user and that the CRC-8 check-sum is merely exemplary. A reset command may be sent to the processor/transceiver control unit **30** so as to erase all configuration information and return the control unit **30** to its factory defaults. The reset feature is useful when the control unit **30** is reinstalled in another environment and must be reset so that the host network operations center **60** can initiate the initialization routine **126** described above. As above, the control unit **30** is also configured to send a voltage alert signal when a low-voltage, saturation-voltage, or off-voltage condition is detected, which indicates that one or more electrical apparatuses being controlled has in some way malfunctioned, as explained above. The alert signal will generally include the type of alert and the date and time of the alert. Alerts are sent to the host network operations center **60** initially in real-time as they occur, and then every twenty-four hours until the control unit **30** receives a message from the host **60** confirming receipt of the alert. Even after receiving the confirmation message from the host **60**, the control unit **30** stays in alert mode, without sending additional alerts, until an acknowledgement that the situation has been corrected is received, typically in the form of clear alert command initiated by the user over the Internet **62** through the host network operations center **60**. While the above-described alert signal protocol is the exemplary default for the control units **30**, each alert function can be wirelessly enabled or disabled for each

US 7,847,706 B1

**15**

control channel, or relay **42**, through user commands. In addition to the voltage alert signals, the control unit **30** may be further programmed to similarly send other alert signals, such as a relay failure alert indicating that a control channel, or relay **42**, itself has malfunctioned. Moreover, it will be appreciated by those skilled in the art that numerous other combinations and sequences of wireless alerts and response communications are possible without departing from the spirit and scope of the invention. In the exemplary embodiment, the messages that may be sent from the processor/transceiver control unit, either automatically or as initiated by the user, include, but are not limited to, "Boot Up," "Initialization Complete," "Low Voltage Alarm," "Saturation Voltage Alarm," "Off Voltage Alarm," "Channel Voltage Reading," "Device Status Reading," "Daily Runtime Download," "Runtime Log," "Check-sum Response," "Event Configuration Response," "Stored Alarm Voltages," "Event State Download," "Time Stamp Download," "Initialization Status Download," and "Command Confirmation."

While aspects of the invention have been described with reference to at least one exemplary embodiment, it is to be clearly understood by those skilled in the art that the invention is not limited thereto. Rather, the scope of the invention is to be interpreted only in conjunction with the appended claims and it is made clear, here, that the inventors believe that the claimed subject matter is the invention.

What is claimed is:

1. A system for controlling one or more electrical apparatuses substantially at real-time, the system consisting essentially of:

a time-based wireless two-way network having imbedded real-time data inherent in a signal broadcast from the network at frequent regular intervals;

a host network operations center for communicating operating protocol commands over the wireless two-way network while expressly not communicating any real-time data; and

a processor/transceiver control unit connected to the one or more electrical apparatuses to be controlled and having at least one microprocessor wired to an RF transceiver through which the host network operations center communicates with the processor/transceiver control unit over the wireless two-way network, the microprocessor storing the operating protocol commands as sent from the network operations center and storing software code, the processor/transceiver control unit further including a clock circuit, the RF transceiver and microprocessor being configured in cooperation with the software code to receive, extract, and keep in the clock circuit the real-time data embedded in the network signal, whereby the processor/transceiver control unit controls power to the one or more electrical apparatuses according to the operating protocol commands sent from the network operations center at real-time as kept by the clock circuit with such real-time data being acquired by the processor/transceiver control unit through the wireless two-way network by which the operating protocol commands are sent, thus eliminating the need for a separate GPS receiver in the system for receiving real-time data.

2. A method of controlling one or more electrical apparatuses wirelessly over a time-based two-way wireless network having real-time data imbedded in a signal broadcast from the wireless network at frequent regular intervals, comprising the steps of:

wiring a control unit between a power source and each electrical apparatus;

**16**

programming the control unit with an operating protocol and software code configured to acquire and utilize digital binary real-time data from the network signal;

communicating with the control unit from a host network operations center through the wireless network;

receiving and extracting at the control unit the real-time data automatically imbedded in a signal broadcast from the wireless network;

keeping the real-time data in a clock circuit of the control unit as enabled by the software code residing on a microprocessor of the control unit; and

controlling each electrical apparatus according to the operating protocol in conjunction with the real-time data in the clock circuit.

3. The method of claim 2 comprising the further steps of:

executing as the operating protocol an on demand command sent from a network operations center over the wireless network;

executing as the operating protocol a temporary schedule stored in the microprocessor of the control unit for the days and times not overridden by an on demand command; and

executing as the operating protocol a permanent schedule stored in the microprocessor for the days and times not overridden by an on demand command and a temporary schedule.

4. The method of claim 2 comprising the further steps of:

connecting a first electrical apparatus to a first relay wired to the microprocessor of the control unit;

connecting a second electrical apparatus to a second relay wired to the microprocessor;

controlling the first electrical apparatus according to a first operating protocol stored in the control unit; and

controlling the second electrical apparatus according to a second operating protocol stored in the control unit.

5. The method of claim 2 comprising the further steps of:

initializing the control unit through at least one on/off cycle followed by a voltage reading to determine a nominal voltage of the control unit;

setting a time zone of the control unit remotely; and

adjusting the real-time data at the control unit according to the time zone.

6. The method of claim 5 comprising the further steps of:

running the control unit through two on/off cycles;

setting the duration of each on/off cycle remotely; and

setting the time between cycles remotely.

7. The method of claim 2 comprising the further steps of:

setting the number of electrical apparatuses wired to the control unit;

determining a nominal voltage of the control unit based on the number of electrical apparatuses;

reading an actual operating voltage when the control unit and its associated electrical apparatuses are powered; and

comparing the operating voltage to the nominal voltage to assess the performance of the electrical apparatuses.

8. The method of claim 7 comprising the further steps of:

calculating an alert voltage change by dividing the nominal voltage by the number of electrical apparatuses; and

sending a low-voltage alert message from the control unit over the wireless network to the network operations center if the operating voltage has dropped from the nominal voltage by an amount greater than or equal to the alert voltage change.

9. The method of claim 2 comprising the further steps of:

setting a time zone of the control unit;

US 7,847,706 B1

17

setting a latitude and longitude coordinate of the control unit; and

calculating the sunrise and sunset time for the control unit.

**10**. The method of claim **2** comprising the further steps of:
stepping down the voltage of the power source using a voltage regulator connected in circuit between the power source and the control unit so as to provide a stepped-down voltage to the control unit; and

powering the control unit with the stepped-down voltage.

**11**. The method of claim **10** comprising the further step of powering the control unit with a back-up power supply in the event that the stepped-down voltage is insufficient.

**12**. The method of claim **2** comprising the further step of sending to the control unit from the network operations center over the wireless network a command selected from the group consisting of a set time zone command, an operate initialization routine command, a set warm up duration command, a set alarm voltages and bias command, a set default device state command, a set permanent scheduled events command, an on demand command, a channel override command, a configure dawn/dusk operation command, a configure dawn/dusk operation with start time command, a configure dawn/dusk operation with end time command, a set temporary scheduled event command, a delete temporary scheduled event command, a clear event configuration command, an enable/disable voltage alarm monitor message command, an acknowledge alarm message command, a clear alarm message command, a set runtime download message command, a set boot message command, a reset to default command, a status request command, a voltage reading request command, a runtime log request command, a check-sum request command, an event configuration request command, an alarm voltage request command, an event state request command, a time stamp request command, and an initialization request command.

**13**. The method of claim **2** comprising the further steps of:
storing daily runtime data in the control unit; and
downloading the runtime data in batch form to the network operations center over the wireless network.

**14**. The method of claim **13** comprising the further step of initiating the download of the runtime data through the network operations center.

**15**. The method of claim **13** comprising the further step of programming the control unit to automatically download the runtime data to the network operations center on a regular interval.

**16**. The method of claim **2** comprising the further steps of:
downloading the operating protocol from the control unit to the network operations center over the wireless network; and
verifying the operating protocol against scheduling information for the control unit stored at the network operations center.

**17**. The method of claim **2** comprising the further step of sending from the control unit to the network operations center over the wireless network a message selected from the group consisting of a boot up message, an initialization complete message, a low voltage alarm message, a saturation voltage alarm message, an off voltage alarm message, a channel voltage reading message, a device status reading message, a daily runtime download message, a runtime log message, a check-sum response message, an event configuration response message, a stored alarm voltages message, an event state download message, a time stamp download message, an initialization status download message, and a command confirmation message.

18

**18**. A method of controlling one or more electrical apparatuses wirelessly over a time-based two-way wireless network having real-time data imbedded in a signal broadcast from the wireless network at frequent regular intervals, comprising the steps of:
wiring a control unit between a power source and a set number of electrical apparatuses;
programming the control unit with an operating protocol and software code configured to acquire and utilize digital binary real-time data from the network signal;
communicating with the control unit from a host network operations center through the wireless network;
receiving and extracting at the control unit the real-time data automatically imbedded in a signal broadcast from the wireless network;
initializing the control unit so as to determine a nominal voltage of the control unit based on the number of electrical apparatuses;
keeping the real-time data in a clock circuit of the control unit as enabled by the software code residing on a microprocessor of the control unit; and
controlling each electrical apparatus according to the operating protocol in conjunction with the real-time data in the clock circuit;
reading an actual operating voltage when the control unit and its associated electrical apparatuses are powered;
calculating an alert voltage change by dividing the nominal voltage by the number of electrical apparatuses; and
sending a low-voltage alert message from the control unit over the wireless network to a network operations center if the operating voltage has dropped from the nominal voltage by an amount greater than or equal to the alert voltage change.

**19**. A system for controlling one or more electrical apparatuses by way of a time-based wireless two-way network having imbedded real-time data inherent in a signal broadcast from the network at frequent regular intervals, the signal being acquired from a first transceiver configured to acquire and relay the real-time data from a global positioning system satellite and being broadcast by a second transceiver configured to receive the real-time data from the first transceiver and to transmit the real-time data at frequent regular intervals from a local tower site in the form of an encoded time-stamp transmission embedded in a first frame of a 16- to 32-frame data header, the system comprising:
a processor/transceiver control unit connected to the one or more electrical apparatuses and having at least one microprocessor wired to a third transceiver, the microprocessor storing an operating protocol and software code, the processor/transceiver control unit further including a clock circuit, the third transceiver being configured in cooperation with the software code to receive the real-time data from the second transceiver as automatically embedded in the data header of the network signal and to then keep the real-time data in the clock circuit; and
a network operations center configured to communicate with the remote processor/transceiver control unit over the wireless two-way network, the network operations center sending one or more operating protocol commands to the processor/transceiver control unit while expressly not sending any real-time data and receiving messages from the processor/transceiver control unit confirming receipt and execution of the commands, whereby the processor/transceiver control unit controls power to the one or more electrical apparatuses according to the operating protocol at real-time as kept by the

US 7,847,706 B1

**19**

clock circuit with such real-time data being acquired by the processor/transceiver control unit through the wireless two-way network by which the operating protocol commands are sent, thereby eliminating the need for a local GPS receiver at the processor/transceiver control unit or the network operations center.

**20**. The system of claim **19** further comprising one or more relays wired between the microprocessor and respective ones of the electrical apparatuses, each relay having an associated current transformer for monitoring the circuit amperage.

**21**. The system of claim **20** wherein:

multiple relays are provided on the processor/transceiver control unit such that multiple electrical apparatuses are connected to the processor/transceiver control unit; and

multiple operating protocols are stored in the microprocessor corresponding to the multiple electrical apparatuses, so that each electrical apparatus is independently controlled by the processor/transceiver control unit.

**22**. The system of claim **19** further comprising a voltage transformer wired to an electrical apparatus power source so as to provide stepped down voltage to the processor/transceiver control unit.

**23**. The system of claim **22** further comprising a back-up power supply so as to provide voltage to the processor/transceiver control unit in the event that the electrical apparatus power source is down.

**24**. The system of claim **19** further comprising:

an enclosure housing the processor/transceiver control unit; and

a visible indicator wired to the microprocessor and installed in the enclosure so as to indicate the status of the processor/transceiver control unit.

**25**. The system of claim **19** wherein the operating protocol is selected from the group consisting of a permanent schedule, a temporary schedule and an on-demand command.

**26**. The system of claim **19** further comprising:

a means for storing in the microprocessor a nominal voltage for the electrical apparatuses; and

a means for reading an operating voltage for the electrical apparatuses and comparing the operating voltage to the nominal voltage so as to monitor the operation of the electrical apparatuses.

**27**. A device for controlling one or more electrical apparatuses comprising a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to an RF transceiver, the microprocessor storing an operating protocol and software code, the processor/transceiver control unit further including a clock circuit, the RF transceiver being configured in cooperation with the software code to receive real-time data transmitted at frequent regular intervals from a local tower site in the form of an encoded time-stamp transmission embedded in a first frame of a 16- to 32-frame data header and to keep the real-time data in the clock circuit, whereby the processor/transceiver control unit controls power to each electrical apparatus according to the operating protocol at real-time as kept by the

**20**

clock circuit without the need for a local GPS receiver at the processor/transceiver control unit.

**28**. A device for controlling one or more electrical apparatuses consisting essentially of a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to an RF transceiver, the microprocessor storing operating protocol commands as sent from a network operations center over a time-based wireless two-way network, the processor/transceiver control unit further including a clock circuit that keeps real-time onboard, the RF transceiver and microprocessor being configured in cooperation with software code residing in the microprocessor to receive and extract real-time data automatically embedded in a signal of the wireless network broadcast at frequent regular intervals and to keep the real-time data in the clock circuit, whereby the processor/transceiver control unit controls power to the electrical apparatus according to the operating protocol commands sent from the network operations center at real-time as kept by the clock circuit with such real-time data being acquired by the processor/transceiver control unit through the wireless two-way network by which the operating protocol commands are sent, thus eliminating the need for a separate GPS receiver in the device for receiving real-time data.

**29**. A device for controlling one or more electrical apparatuses consisting essentially of a processor/transceiver control unit connected to each electrical apparatus, the processor/transceiver control unit consisting essentially of:

at least one microprocessor storing operating protocol commands as sent from a network operations center over a time-based wireless two-way network and further storing software code;

an RF transceiver connected to the microprocessor;

one or more relays connected between the at least one microprocessor and the one or more electrical apparatuses through one or more current transformers;

a back-up power supply connected to the microprocessor;

a voltage transformer connected between at least the microprocessor and an external power source; and

a clock circuit that keeps real-time onboard, the transceiver and microprocessor being configured in cooperation with the software code stored in the microprocessor to receive and extract real-time data automatically embedded in a signal of the wireless network broadcast at frequent regular intervals and to keep the real-time data in the clock circuit, whereby the processor/transceiver control unit controls power to the one or more electrical apparatuses according to the operating protocol commands sent from the network operations center at real-time as kept by the clock circuit with such real-time data being acquired by the processor/transceiver control unit through the wireless two-way network by which the operating protocol commands are sent, thus eliminating the need for a separate GPS receiver in the device for receiving real-time data.

* * * * *

US008421588B1

(12) **United States Patent**     (10) **Patent No.:**      **US 8,421,588 B1**
Ross et al.                        (45) **Date of Patent:**        **Apr. 16, 2013**

(54) **COMBINATION WIRELESS ELECTRICAL APPARATUS CONTROLLER AND ENERGY MONITORING DEVICE AND METHOD OF USE**

(75) Inventors: **Allan L. Ross**, San Diego, CA (US); **William D. McWhirter**, Mason, OH (US); **John S. Weaver**, Cincinnati, OH (US)

(73) Assignee: **Wireless Telematics LLC**, La Jolla, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/915,953**

(22) Filed: **Oct. 29, 2010**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/875,140, filed on Jun. 23, 2004, now Pat. No. 7,847,706.

(51) **Int. Cl.**
*H04Q 9/00* (2006.01)
(52) **U.S. Cl.**
USPC ........................................................ **340/5.1**
(58) **Field of Classification Search** .................. 340/3.1, 340/517, 5.1, 539.1, 12.22, 12.31; 702/61
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,368,408 | A | 1/1983 | Marcus |
| 4,454,509 | A | 6/1984 | Buennagel et al. |
| 5,040,331 | A | 8/1991 | Merendino et al. |
| 5,165,465 | A | 11/1992 | Kenet |
| 5,254,908 | A | 10/1993 | Alt et al. |
| 5,477,228 | A | 12/1995 | Tiwari et al. |
| 5,661,468 | A | 8/1997 | Marcoux |
| 5,805,530 | A | 9/1998 | Youngberg |

| | | | | |
|---|---|---|---|---|
| 5,859,595 | A | 1/1999 | Yost | |
| 6,108,614 | A | 8/2000 | Lincoln et al. | |
| 6,204,615 | B1 | 3/2001 | Levy | |
| 6,236,331 | B1 | 5/2001 | Dussureault | |
| 6,236,332 | B1 | 5/2001 | Conkright et al. | |
| 6,330,516 | B1 * | 12/2001 | Kammeter | ...................... 702/60 |
| 6,374,101 | B1 | 4/2002 | Gelbien | |
| 6,788,218 | B2 | 9/2004 | Sudolcan | |
| 6,836,099 | B1 * | 12/2004 | Amarillas et al. | ........... 363/124 |
| 6,873,573 | B2 | 3/2005 | Pikula et al. | |
| 6,876,670 | B1 | 4/2005 | Budrikis et al. | |
| 6,993,417 | B2 * | 1/2006 | Osann, Jr. | .................... 700/291 |
| 7,006,006 | B2 | 2/2006 | Witkow et al. | |
| 2002/0169539 | A1 | 11/2002 | Menard et al. | |
| 2003/0222587 | A1 | 12/2003 | Dowling, Jr. et al. | |

* cited by examiner

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1074441 A1 | 3/2000 |
| EP | 1251721 A1 | 10/2002 |
| WO | 03043384 A1 | 5/2003 |

*Primary Examiner* — Vernal Brown
(74) *Attorney, Agent, or Firm* — Mind Law Firm, P.C.; Jeromye V. Sartain; Justin G. Sanders

(57) **ABSTRACT**

A device for controlling and monitoring the operation and energy consumption of one or more electrical apparatuses comprising a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver, the microprocessor storing an operating protocol, the processor/transceiver control unit further having one or more relays defining channels wired to the microprocessor and on which respective ones of the electrical apparatuses are connected to the processor/transceiver control unit, each relay having an associated current transformer for monitoring the circuit amperage, and a means for measuring and totalizing energy consumption on each channel, whereby the processor/transceiver control unit monitors the energy consumption of each electrical apparatus and controls power thereto according to at least one of the energy consumption and the operating protocol associated with the respective electrical apparatus.

**15 Claims, 6 Drawing Sheets**





Fig. 1

EX. 2
2 of 19



*Fig. 2*

EX. 2
3 of 19



*Fig. 3a*



*Fig. 3b*

EX. 2
4 of 19



Fig. 4



*Fig. 5*



*Fig. 6*

US 8,421,588 B1

**1**

## COMBINATION WIRELESS ELECTRICAL APPARATUS CONTROLLER AND ENERGY MONITORING DEVICE AND METHOD OF USE

### RELATED APPLICATIONS

This is a continuation-in-part application of a prior filed and currently pending application having Ser. No. 10/875,140 and filing date of Jun. 23, 2004.

### INCORPORATION BY REFERENCE

Applicants hereby incorporate herein by reference any and all U.S. patents and U.S. patent applications cited or referred to in this application.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

Aspects of this invention relate generally to electrical apparatus controllers and energy monitoring devices, and more particularly to combination wireless electrical apparatus control and energy monitoring devices.

2. Description of Related Art

The following art defines the present state of this field:

U.S. Pat. No. 4,454,509 to Buennagel et al. is directed to a load management system which includes a central message generator and a plurality of addressable remote load controllers which selectively connect and disconnect high power deferrable loads to and from a power source in response to transmitted messages. The load controllers include means for translating coded tone pair inputs into digital data. Tones selected from three such tone pairs are used in one scheme, where a tone selected from the first tone pair is used for the initial bit of a message, and subsequent tones are alternately selected from the remaining two tone pairs or the remaining bits. One of the tones of the first tone pair is utilized as a test tone which initiates a test routine sequence. The test tone can be transmitted by a portable, low power transmitter to test the functioning of the remote units. A message format includes two code sets, a zone code set and a command/address code set. Each load controller has a preprogrammed zone identifier and a preprogrammed address identifier, and is responsive to a command/address code message only when the last received zone code message has identified the preprogrammed zone identifier of that load controller and the command/address message indicates the preprogrammed address identifier of that load controller. All load controllers having a common zone identifier are responsive to a scram instruction message which identifies that zone.

U.S. Pat. No. 5,254,908 to Alt et al. is directed to a sign board lighting control system for remotely controlling the lighting of a plurality of sign boards which includes a radio transmitting device at a central location, and a radio receiving device and a lighting control unit at each sign board location. During set-up of a sign board, programming signals designating the mode of operation and the location of the sign board are transmitted by radio to the control unit associated with each sign board. Subsequently, timing signals containing a multiple-digit computer generated code designating the time of day and the time of sunrise and sunset on a particular day within particular latitudinal zones are transmitted by radio to the control units of all sign boards. Each lighting control unit interprets and responds to the timing signals in accordance with previously received programming signals to

**2**

control the illumination of the sign board in accordance with a predetermined lighting protocol.

U.S. Pat. No. 5,477,228 to Tiwari et al. is directed to differential correction signals for a global positioning system (GPS), which operates with signals from a plurality of orbiting satellites, are provided in a first standard format, such as a RTCM SC-104 format, for each satellite in view of a reference receiver station. The differential correction signals include range error correction signals and range rate error correction information. The differential correction signals are then encoded according to a second standard format, such as the RDS format. The transmission time of the signals in the second standard format are then prioritized. A broadcast transmitter, such as a broadcast FM transmitter, is then modulated by the prioritized signals in the second standard format and a receiver receives and demodulates the broadcast signal. The broadcast prioritized signals in the second standard format are then decoded to provide differential correction signals in the first standard format. Various prioritization schemes are provided such as: prioritizing according to the maximum range acceleration rate for the various satellites; prioritizing according to the range acceleration rate for the various satellites exceeding a predetermined absolute value; prioritizing according to range error correction signals exceeding a predetermined absolute value; and prioritizing according to the range error or acceleration corrections signals for the various satellites. In addition to prioritizing, the RTCM signals is compressed and a $\frac{1}{8}$ minute time clock is used to simplify processing at a user receiver.

U.S. Pat. No. 5,661,468 to Marcoux is directed to a system for remote control of electrical load devices, particularly electrical lighting where the commands are broadcast over a radio pager system. A radio pager receiver is located within or nearby the electrical light fixture and is normally in a standby state, receives the commands broadcast. The radio pager receiver is connected to a computer processor and electronic circuitry. The computer processor interprets the commands and instructs the electronic circuitry to perform a desired operation. These operations include but are not limited to turning an electrical light element or group of electrical light elements on or off, dimming the light element or reprogramming the electrical light element to be included in a different control group of lights. Before the operation is accomplished, the computer processor checks for the appropriate security code entry. In addition, there are protection mechanisms built into the computer processor so that if the decoding of the commands indicates that a large block of devices is to be turned on at the same time, the operation will be staggered so as to prevent a huge inrush of current. One preferred embodiment of this device is to be installed in a typical exterior roadway light fixture.

U.S. Pat. No. 5,936,362 to Alt et al. is directed to a control system for remotely controlling the application of electric power to a plurality of electric apparatuses includes a radio transmitting device at a central location, and a radio receiving device and a control unit at each electrical apparatus location. Programming signals designating the operating protocol or mode and the location of the electrical apparatus are transmitted by a radio programming signal to the control unit associated with each electrical apparatus. Subsequently, timing reference signals are transmitted to the control units of all electrical apparatus. Each control unit interprets and responds to the timing signals in accordance with previously received programming signals to control the application of electric power to the electrical apparatus in accordance with a predetermined operating protocol.

**3**

U.S. Pat. No. 6,236,332 to Conkright et al. is directed to a two-way wireless communications system for permitting the control, monitoring and collection of data from electrical apparatus and includes a host computer, control and monitoring units remotely located from the host computer, and subscriber software for establishing communication protocol with each unit. The host computer includes a customer interface gateway which handles communications from the subscriber software to the host system, a wireless service gateway which handles all communications with the remotely located units, and a product data processor for processing data obtained from either a customer via the subscriber software or a particular remote unit. The subscriber software permits customers to have desktop control of their electrical apparatus associated with a remote unit. Each remote unit contains a motherhood, power supply, and modem. Each unit is capable of real-time monitoring and control of the electrical apparatus associated with the unit.

U.S. Pat. No. 6,873,573 to Pikula et al. is directed to a wireless synchronous time system comprising a primary master event device and secondary slave devices. The primary event device receives a global positioning system "GPS" time signal, processes the GPS time signal, receives a programmed instruction, and broadcasts or transmits the processed time signal and the programmed instruction to the secondary slave devices. The secondary slave devices receive the processed time signal and the programmed instruction, select an identified programmed instruction, display the time, and execute an event associated with the programmed instruction. The primary event device and the secondary devices further include a power interrupt module for retaining the time and the programmed instruction in case of a power loss.

U.S. Pat. No. 6,876,670 to Budrikis et al. is directed to a system that allows routers in a digital communications network, such as the Internet, to be given the time awareness that is necessary for timely transfer of real time signals in the form of digital data packets. Timing information generated at the source of the signal is included in the packets in the form of first and second time stamps, which are used by network routers to establish dispatch deadlines by which the packets must be forwarded to ensure time-faithful reconstruction of the real time signal at the destination. The same timing information can be used at the destination to synchronize the clock for presentation of the real time signal to the source clock. The first and second time stamps (a differential time and a dispatch time) are derived by a transmitter unit (100) from a counter (118) that counts pulses from an oscillator (116) that most advantageously is locked to an integer multiple or a fraction of a universally available time measure. Assuming that the same time measure, or at least a very near replica, is available at routers in the network and at destinations connected to the network, the time stamps marked in the packets can be used by routers to effect scheduling for timely dispatch of the packets.

European Patent Application Publication No. EP 1 074 441 to Baldenweck is directed to a remote car function control unit having a broadcast message receiver using GSM signals with receiver set using position finding satellite information and setting processor unit. The remote control function setting unit has a broadcast message receiver system setting an information server. There is a position finding system (GPS) determines local position providing messages to a processor unit commanding messages from a GSM system.

U.S. Pat. No. 6,204,615 to Levy is directed to a new and improved outdoor lighting control system for an outdoor lighting system network for automatically sensing, conveying, and recording data relevant to the operation of the light-

**4**

ing system network so that both control and maintenance can be performed more efficiently. At each of plural lamp locations in the network, there is a controller module that receives electric power input and that supplies electric power to the remaining lamp locations. Each controller module has a first relay to deliver current to one or more outdoor illumination lamps at the controller module's location, and a second relay for switching electric power on to a succeeding lamp location. A first current sensor monitors current to the lamps at each lamp location, and a second current sensor monitors current to the remaining locations. The network's power lines form portions of a bi-directional data link via which data is transmitted from each controller module to a command station, and vice versa.

U.S. Pat. No. 6,236,331 to Dussureault is directed to an LED traffic light electronic controller which stabilizes the total output light intensity of the traffic light in order to ensure a constant light intensity of each traffic light color throughout the entire traffic light lifetime. The controller detects the output light intensity of a color, and then automatically adjusts the power input for the LEDs in order to increase the light intensity when needed. The controller works in a closed loop cycle in order to perform real-time control of the light intensity output. Thus, at each moment of the traffic light lifetime, the output light intensity is constant and equivalent to a predetermined standard. This insures traffic safety for the entire traffic light lifetime and also make it last longer. The controller also provides a ballast load when off, and is able to provide an open circuit when the LEDs have exhausted their useful lifespan. The intensity is further controlled by detecting ambient light conditions.

European Patent Application Publication No. EP 1 251 721 to Zaffarami et al. is directed to an urban remote-surveillance system for street lamps, in which a concentrator module sends, using a very low power transceiver, by means of a polling procedure, a message to each of a plurality of remote-control modules equipped with a very low power transceiver and organized in a hierarchical tree structure, defining in the message the destination module and a receiving/transmitting path consisting of a plurality of intermediate modules able to communicate with each other in succession, at the same frequency and without mutual interference, so as to obtain the necessary geographical coverage also using very low power transceivers.

PCT International Publication No. WO 03/043384 to Wacyk et al. is directed to a new architecture for high frequency (HF) ballast with wireless communication interface. The new architecture integrates RF wireless interface into the ballast. A user control transmits an RF control signal to a second antenna at the ballast site which provides the RF signal to the ballast which activates the fluorescent lamp. The ballast includes a transceiver/receiver, a communication decoder, a power control stage and a power stage. The transceiver/receiver receives the RF signal and communicates it to the communication decoder which acts as an interface to the power stage control. The power stage control controls the power stage that activates the fluorescent lamp. The communication decoder, power control stage, power stage and transceiver/receiver are located within the ballast enclosure which is an important part of the invention. If the power stage control is digital it may be combined with the communication decoder into one microprocessor or digital controller such as an ASIC. The communication decoder may be a serial interface. The transceiver/receiver is an RF integrated circuit. The ballast further includes an isolator to isolate the transceiver/receiver from the first antenna. The isolator may be capacitive.

5

U.S. Publication No. 2003/0222587 to Dowling, Jr. et al. is directed to smart lighting devices bearing processors, and networks comprising smart lighting devices, capable of providing illumination, and detecting stimuli with sensors and/or sending signals. Sensors and emitters can, in some embodiments, be removed and added in a modular fashion. Smart lighting devices and smart lighting networks can be used for communication purposes, building automation, systems monitoring, and a variety of other functions.

The prior art described above teaches an apparatus for addressably controlling remote units, a sign board lighting control system, a differential global positioning system using radio data system, a radio paging electrical load control system and device, programmable remote control systems for electrical apparatuses, a control and monitoring system, a wireless synchronous time system, a method and apparatus for transfer of real time signals over packet networks, a remote control method for a process, an intelligent outdoor lighting control system, an LED traffic light intensity controller, an urban remote surveillance system for street lamps, an architecture of ballast with integrated RF interface, and universal lighting network methods and systems, but does not teach a combined wireless electrical apparatus control and energy monitoring system that conveniently and effectively enables remote monitoring of the actual energy usage of an electrical apparatus for operation management, efficiency improvement, and failure detection, all from a remote location. Aspects of the present invention fulfill these needs and provide further related advantages as described in the following summary.

### SUMMARY OF THE INVENTION

Aspects of the present invention teach certain benefits in construction and use which give rise to the exemplary advantages described below.

The present invention is generally directed to a device for controlling and monitoring the operation and energy consumption of one or more electrical apparatuses comprising a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver, the microprocessor storing an operating protocol, the processor/transceiver control unit further having one or more relays defining channels wired to the microprocessor and on which respective ones of the electrical apparatuses are connected to the processor/transceiver control unit, each relay having an associated current transformer for monitoring the circuit amperage, and a means for measuring and totalizing energy consumption on each channel, whereby the processor/transceiver control unit monitors the energy consumption of each electrical apparatus and controls power thereto according to at least one of the energy consumption and the operating protocol associated with the respective electrical apparatus.

Other features and advantages of aspects of the present invention will become apparent from the following more detailed description, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of aspects of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate aspects of the present invention. In such drawings:

FIG. 1 is a schematic of an exemplary embodiment of the invention;

FIG. 2 is a schematic of an exemplary control unit thereof;

6

FIGS. 3*a* and 3*b* are schematics of alternative exemplary embodiments thereof;

FIG. 4 is a flow chart depicting the installation and initialization of an exemplary embodiment thereof;

FIG. 5 is a schematic of an alternative exemplary control unit thereof; and

FIG. 6 is a flow chart depicting communications in an exemplary embodiment thereof.

### DETAILED DESCRIPTION OF THE INVENTION

The above described drawing figures illustrate aspects of the invention in at least one of its exemplary embodiments, which are further defined in detail in the following description.

Aspects of the present invention are generally directed to a system 10 for remotely controlling and monitoring the energy consumption of one or more electrical apparatuses 200 over a wireless network 20, the system 10 comprising one or more processor/transceiver control units 30 connected to the electrical apparatuses 200 and communicating with a host network operations center 60 over the wireless network 20. In the exemplary embodiment, the wireless network 20 is a two-way ReFLEX network as is known and used in the art. As such, the wireless network 20 includes a first transceiver 22 configured to acquire and relay real-time data 28 from a global positioning system satellite 24 and a second transceiver 26 configured to receive the real-time data 28 from the first transceiver 22 and to continuously transmit the real-time data 28 to the control unit 30. The processor/transceiver control unit 30 has a third transceiver 32 for receipt of the real-time data 28 and at least one microprocessor 34 wired to the third transceiver 32 for storage of an operating protocol 90 and for processing of the real-time data 28 accordingly. The processor/transceiver control unit 30 further includes a clock circuit 40, such that as the third transceiver 32 receives the real-time data 28 from the second transceiver 26, the microprocessor 34 synchronizes the clock circuit 40 with real-time, whereby the processor/transceiver control unit 30 controls power to the electrical apparatuses 200 according to the operating protocol 90 at real-time as kept by the clock circuit 40. As will be explained in more detail below, each control unit 30 also communicates to and from the host network operations center 60 through the wireless network 20 so as to receive operating protocol 90 commands and send messages confirming receipt and execution of such commands and to report energy usage and other such information about the remote apparatuses 200, again as controlled by the operating protocol 90 or through direct user query. In this way, a wireless system according to aspects of the present invention operates on continuously synchronized real-time according to downloaded operating instructions so as to control, monitor and provide feedback regarding the operation of one or more electrical apparatuses, including their energy consumption. It will be appreciated by those skilled in the art that this streamlined approach of downloading and synchronizing to real-time data 28 imbedded and inherent in two-way wireless communication has numerous advantages over systems requiring the separate and routine transmission of signals representing system or reference times. It will be further appreciated that while the electrical apparatus 200 is shown and described below in the exemplary embodiment as a light pole, the wireless controller and energy monitoring system 10 of the present invention may be employed in remotely controlling and monitoring virtually any apparatus that is electrically powered, including, but not limited to, lights and lighting standards, pumps, motors, boilers, compressors, heaters, chillers, condensers, appliances,

US 8,421,588 B1

7

computers and microprocessors, security systems, solenoids, switches, valves, clocks, and timers. With any such apparatus, in the exemplary embodiment, the present invention operates by connecting a processor/transceiver control unit **30** to each electrical apparatus **200** to be controlled. The control unit **30** is essentially wired between the power source **58** for the electrical apparatus **200** and the apparatus itself. The control unit's microprocessor **34** stores an operating protocol **90** for each apparatus **200** and communicates operational information over a wireless network **20** to and from a host network operations center **60**, which is securely accessible through the Internet **62**. According to the operating protocol **90**, the processor/transceiver control unit **30** is then capable of controlling each electrical apparatus **200** to which it is wired. Again, the control unit **30** includes a real-time clock circuit **40** for independent and continuing execution of the operating protocol **90**, even were the wireless network **20** or host network operations center **60** to be down. The control unit's microprocessor **34** is configured to synchronize the clock-circuit **40** with the real-time data **28** imbedded in the wireless network **20**'s radio frequency ("RF") signal when regularly received by the processor/transceiver control unit **30**. The present invention then benefits users in several ways. First, it allows for powering electrical apparatuses in an automated, systematic way only as needed, thereby conserving energy through reducing the total amount of time an electrical apparatus is powered. Second, and relatedly, the invention enables users to avoid unnecessary costs associated with a separate device-side GPS receiver for acquisition of real-time and associated airtime and on-time for the electrical apparatuses they are controlling, resulting in savings through both reduced wireless airtime and energy consumption and reduced maintenance and replacement costs. Third, this wireless, systematic control of electrical apparatuses can increase the performance and safety of the apparatuses in use. Particularly, because the invention includes an on-board, real-time clock in each processor/transceiver control unit, each such control unit is, again, then capable of continuing its operation as desired even when the wireless network or host server is down. And fourth, the energy consumption of each apparatus can be totalized, reported wirelessly, and thereby acted on in further reducing energy usage, such as by adjusting the apparatus' operating protocol to operate differently or during non-peak hours, and in even detecting device failures or predictive failures. Once more, the wireless network shown and described in the exemplary embodiment is a two-way narrowband wireless data network such as that based on the industry-recognized Motorola® ReFLEX™ protocol. Accordingly, the processor/transceiver control unit **30** employs a binary data protocol based on an octet (8 bits representing 1 byte) to communicate with the network **20**, whereby data values can be represented as one or multiple bytes depending on the value's range. However, it will be appreciated that virtually any two-way wireless data transmission system and corresponding data protocol now known or later developed in the art can be employed without departing from the spirit and scope of the present invention.

Turning to FIG. **2**, the processor/transceiver control unit **30** is shown schematically as generally including a microprocessor **34**, a transceiver **32**, and a clock circuit **40**. While the clock circuit **40** is shown as being separate from the microprocessor **34**, it will be appreciated that it may also be imbedded within the microprocessor **34**. The microprocessor **34** may be virtually any such device now known or later developed in the art capable of storing and executing operating programs and data and interfacing with other electrical devices and components wired thereto, whether internal or external. As such, the

8

microprocessor **34** is preferably configured with a permanent "read only memory" ("ROM") device **36** and a temporary random access memory ("RAM") device **38**, though as with the clock circuit **40**, it is possible that these memory devices **36, 38** could be separate devices from the microprocessor **34** within the control unit **30**'s circuitry or be any other kind of memory or data storage device now known or later developed. The permanent memory device **36** generally stores all of the internal programming of the microprocessor **34** that govern its operation (i.e., firmware), while the temporary memory **38** stores such data as the operating protocol **90**, as explained in more detail below. The control unit **30** further includes one or more channels, or relays **42**, each having a current transformer **44**. The operation of the relays **42** and current transformers **44** in providing and monitoring electrical power, or voltage, to the connected electrical apparatuses **200** under the control of the microprocessor **34** is also described in detail below. The power typically required to operate the processor/transceiver control unit **30** of the present invention is approximately 20 volts in the exemplary embodiment. It is desirable that each control unit **30** be powered by the same circuit, or external power source **58**, that is providing power to the electrical apparatuses **200** themselves so that a separate power supply for each control unit **30** is not necessary, except in the limited case of a back-up power supply **46**, described below. However, most electrical apparatuses **200** to be controlled by the control unit **30** operate on at least the typical 120 volts, while larger apparatuses and systems, such as commercial outdoor lighting systems, can operate on up to 480 volts. As such, the control unit **30** may also be equipped with a voltage transformer **48** as necessary to convert the line voltage of the electrical apparatuses **200** as provided by the power source **58** to the 20 volts needed to power the control unit **30**. At a minimum, control units according to the present invention may be configured with the necessary transformer to step down voltages of 480, 347, 277, 240, 208 or 120 volts, though other such transformers are possible without departing from the spirit and scope of the present invention. More specifically, in the exemplary embodiment, the measurement between current and voltage based on resistance values is automatically calibrated under the control of the firmware residing in the microprocessor **34**, such that one meter can control and monitor on multiple voltage levels. In the event of a loss of electrical power to the control unit **30**, the unit's back-up power supply **46** is to at least have enough stored power to back-up the runtime and threshold nominal voltage and energy data and shut down properly. In an exemplary embodiment this may be accomplished through a high capacitance capacitor that can provide full power to the unit **30**, and particularly the microprocessor **34**, for up to approximately ten seconds after a complete power outage, providing ample time for the microprocessor **34** to "flash" the temporary memory device **38** with runtime data and other such information and then shut down. The back-up power supply **46** may further be capable of continuing to power the control unit **30**, and particularly the clock circuit **40**, for a finite time, such as one week, so as to maintain current date and time and enable the unit **30** to control the electrical apparatus **200** according to its stored operating protocol **90** as a default. This may be achieved through an on-board battery or other such device. Such a back-up power supply **46** may not be able to provide sufficient power to send and receive messages, though. However, it will be appreciated that the back-up power supply **46** may take on numerous other forms, both now known and later developed in the art, to support further operation of the control unit **30** even when external power is lost. When electrical power is restored, the control unit **30** will

**9**

again synchronize its on-board time as kept by the clock circuit **40** with real-time as provided by the wireless network **20** (FIG. **1**) and will send a "power on" acknowledgement message to the host network operations center **60** (FIG. **1**). The back-up power supply **46** will also be recharged by the now restored AC line voltage. The programming of the control unit **30**, again, is stored in a permanent memory device **36** within the microprocessor **34** and the temporary memory device **38** to which the other transient information is "flashed" is preferably nonvolatile so that neither are affected by power outages, whether or not a back-up power supply **46** is in place. A UL and NEMA 4× rated electrical enclosure **50** may be configured to house the processor/transceiver control unit **30** circuitry, though such circuitry may also be housed in an appropriate case, cabinet, box or other such enclosure that is on site, such as that of the breaker box or the electrical apparatus **200** being controlled and monitored. In the exemplary embodiment, the enclosure **50** is a roughly 3"×3"×9" water-tight plastic body and is, in any configuration, preferably configured so as to be conveniently installed on virtually any surface in the vicinity of the electrical apparatus **200** to be controlled or to the exterior or within the interior of a specific electrical apparatus **200** with which the control unit **30** is associated. Accordingly, the wires **52** through which the control unit **30** is to be connected to the line voltage supplying the electrical apparatus **200** and to the apparatuses themselves may exit from an end of the enclosure **50** and/or the back and may in either case be approximately 3' in length, though it is to be appreciated that these locations and lengths are merely exemplary. The transceiver **32**'s antenna **54** may be directly installed within or to the control unit **30**'s enclosure **50**, or the antenna **54** may be separately installed and be connected to the control unit **30** through an antenna cable, which would typically be on the order of 20' in length, though virtually any length is possible. A visible indicator **56**, in the exemplary embodiment comprising one or more LEDs, may be configured on the outside of the control unit **30**'s enclosure **50** so as to indicate on location such status conditions of the control unit **30** as when power is supplied to the unit **30**, when the transceiver **32** is active (perhaps even separately as a "transmitter active" LED and a "receiver active" LED), and when any of the relays **42** are active, are experiencing an over- or saturated-voltage condition, or have been overridden. This visible indicator **56** can take numerous forms, both now known and later developed in the art, and may also provide information beyond the exemplary power and network connection status. In addition to the above-described circuit elements and features, the control unit **30** may also be configured with a manual power switch (not shown), a voltage calibration adjustment (not shown) on each relay **42**, and a data interface port (not shown), such as an RS-232 port. It will be appreciated by those skilled in the art that numerous other physical and electrical configurations of the processor/transceiver control unit **30** of the present invention may be employed without departing from its spirit and scope. By way of further example, in an alternative exemplary embodiment, the control unit **30** may be configured for controlled on-site access as through an "iButton" or other such serialized component security- or pin-based log on for local control of the device settings. Such access can be to the entire control unit **30** firmware or to only the same user-defined variables as would be accessed and manipulated through a web portal, more about which is said below, whether on all channels or on a per channel basis. In a bit more detail, an "iButton" or other such device provides an electronic registration number to enable a secure method of authentication in place of an external switch that anyone on-site could operate. In this embodi-

**10**

ment, a list of permitted iButton serial numbers are uploaded to the device to provide restricted access to on-site events. When the iButton is read, the serial number will be compared to the access list and only permitted serial numbers will be granted permission to the iButton functionality. The iButton can also operate independent of events and be used simply as a site-visit logger. In this mode, the serial number is reported by the device OTA (over-the-air) along with a time stamp. This does not require the serial number to be uploaded to the access list. Only when the iButton will also act as a switch will the access list be consulted. Once more, those skilled in the art will appreciate that other remote and on-site secure access technologies now known or later developed may be employed in the present invention without departing from its spirit and scope.

Referring now to FIGS. **3**a and **3**b, the first exemplary processor/transceiver control unit **30** is shown as being connected to one or more electrical apparatuses **200**. Specifically, as illustrated in the exemplary embodiments, a single control unit **30** may be connected to a single electrical apparatus **200** or multiple apparatuses **200**. When multiple apparatuses **200** are to be controlled and monitored, the apparatuses **200** may be connected in series so as to all be controlled in the same way according to a single operating protocol **90**. Accordingly, in the exemplary embodiment of FIG. **3**a involving multiple light pole electrical apparatuses **200**, the processor/transceiver control unit **30** may be installed at some on-site location, such as on a building **80**, so as to be in series between a group of lights **200** and their power source **58** (FIG. **2**). In this way, as explained in more detail below, a single operating protocol **90** stored within the processor/transceiver control unit **30** can be used to control multiple light pole electrical apparatuses **200**. Or, multiple apparatuses **200** may be independently controlled by a single processor/transceiver control unit **30** by each being connected to separate channels, or relays **42**, of the control unit **30**, as shown in the alternative embodiment of FIG. **3**b. In the alternative exemplary embodiment, then, the control unit **30** is configured with two channels **42**, each being wired to a separate bulb or ballast defining the respective light pole electrical apparatus **200** and each potentially being assigned a different operating protocol **90** stored in the control unit **30**'s memory **38** (FIG. **2**). In this way, one bulb or ballast can operate according to one protocol and one according to another. It will be appreciated by those skilled in the art that a single processor/transceiver control unit **30** can be configured with virtually any number of channels **42**, and so control a number of different electrical apparatuses **200** separately, and that the two channels shown and described are merely exemplary.

The processor/transceiver control unit **30** is installed and connected to one or more electrical apparatuses **200** and then powered up and initialized as shown in FIG. **4**. At step **100** the power source **58** (FIG. **2**) feeding the electrical apparatus(es) **200** to be controlled is initially switched off. In step **102**, a first control unit **30** is then wired between the power source **58** and the electrical apparatuses **200**, as described above (see FIGS. **2**, **3**a and **3**b). When first installed, the control unit **30** is in a default "off" position. At step **104**, the configuration of the control unit **30** is recorded, which includes, as indicated at step **106**, user input through the host network operations center **60** (FIG. **1**) of such information for each control unit **30** as its identification, geographical location, relay settings, and number of electrical apparatuses connected, more about which will be said below. This same process of installing and configuring a control unit **30** can then be repeated for numerous such units, as indicated at step **108**. In step **110**, the power source **58** feeding the electrical apparatus(es) **200** now con-

US 8,421,588 B1

11

12

nected to one or more control units **30** is switched on. Because the control units **30** are installed in a default "off" condition, if the installation has been successful and the units **30** are operating to control their respective electrical apparatuses **200**, the apparatuses **200** should remain "off" even though their power source **58** is now "on," as indicated at step **112**. If the electrical apparatuses **200** are "on" rather than "off," the installation of the control unit(s) **30** should be inspected and corrected as necessary, as indicated at step **114**. If the electrical apparatuses **200** do remain "off" so as to indicate that the control units **30** have been installed and are operating correctly, in step **116** each control unit **30** would then automatically send a power-on acknowledgement message to the network operations center **60** over the wireless network **20** (FIG. **1**). At step **118**, if this "power-on" condition is not the first "boot up" after an installation or reset, then the power-up is essentially complete, as indicated at step **120**. However, if the "power-on" condition is the first "boot up," as it would always be after an installation, the network operations center **60** replies to the power-on acknowledgement message sent at step **116** with a startup routine or "Operate Initialization Routine" command, as indicated at step **122**. It will be appreciated that a first "boot up" and, hence, the startup routine can also be initiated by a user reset command, as in step **124**. Beyond a command to the control units **30** to begin the initialization routine **126**, the user may also at step **124** selectively set the parameters for the initialization routine. That is, the control unit **30** runs an initialization routine **126** that is configured by the user through the host network operations center **60** (FIG. **1**) and executed upon transmission of the initialization or "boot-up" command from the host. Generally, the initialization routine **126** includes at least one on/off cycle, as in step **130**, and a voltage reading to determine the nominal voltage, as in step **128**, explained below. A second on/off cycle can follow the voltage reading **128**, if so configured by the user. Variables for the initialization routine **126** that can also be elected by the user include the duration of the on/off cycles and the time between cycles. In the case of the exemplary embodiment in which light poles are controlled, it is preferable that the duration of the on/off cycle be sufficient to allow the light bulbs to be fully energized before the threshold nominal voltage is measured, as described below. At the completion of the required number of on/off cycles and the voltage reading, if the electrical apparatuses **200** are properly powered and functioning, as indicated by the nominal voltage reading, the control unit **30** will send an initialization confirmation message and the installation will be complete, as in step **120**. Again, if one or more of the electrical apparatuses **200** are not properly powered or functioning or the initialization routine **126** is otherwise not successfully completed, an initialization status message so indicating and, when needed, a low-, saturation-, or off-voltage alarm message will be sent from the control unit **30** to the network operations center **60** to trigger the appropriate corrective action, such as inspection and reinstallation as in step **114**. Regarding the voltage reading at step **128**, as set forth above, each control channel or relay **42** of the processor/transceiver control unit **30** has a current transformer ("CT") **44** (FIG. **2**) for monitoring circuit amperage. During the initialization routine **126**, then, the control unit **30** will calculate a threshold nominal voltage value based on the electrical apparatus(es) **200** assigned and connected to each relay **42**. The number of apparatuses **200** per control unit **30** and/or relay **42** is, again, set by the user at step **106**. Actual operating CT voltage is monitored only when that channel's relay **42** is "on" and only after the initialization routine **126** is completed. More specifically, in the exemplary embodiment, the current transformer **44** senses the

control circuit load current and creates a proportional voltage output to the load current (i.e. 20 A=1.25V). This voltage is then read by the A/D converter on board the microprocessor **34** to establish an "on state" circuit current (Ampere) value. This value is then used for determining the healthy state of the control circuit current and enabling the control unit **30** to report an exception alarm when this value exceeded the determined threshold value. In one embodiment, all such current or voltage monitoring is internal to the control unit **30**, except when a low-voltage condition is detected and reported or when an on-demand status request is initiated by a user through the host network operations center **60**. Regarding a detected low-voltage condition, which would indicate that one or more of the electrical apparatuses **200**, such as a bulb, has failed or is otherwise not functioning properly, the alert voltage change ($\Delta V_a$) is determined by dividing the nominal voltage ($V_n$) determined during installation by the number of electrical apparatuses (n), assuming each apparatus draws the same power.

$$\Delta V_a = (V_n/n)$$

For example, if the electrical apparatus **200** being controlled is a light pole having four bulbs per ballast or relay and a threshold nominal voltage of 2.0 volts, the alert voltage change would be 0.5 volts. Accordingly, when an operating CT voltage of 1.5 volts is detected on the control channel by the current transformer, a low-voltage alert would be warranted, specifically indicating that one of the four bulbs is out or malfunctioning. Continuing the example, it would follow that if an actual CT voltage of 1.0 volt were detected, that would indicate that two of the four bulbs were out or malfunctioning, and so on. Again, it will be appreciated by those skilled in the art that a similar approach using voltage changes may be employed in monitoring and reporting on the operation of a variety of electrical apparatuses being controlled and, as such, that the monitoring and reporting of bulb outages is merely exemplary. Once a low-voltage condition is detected, a voltage alert signal is sent to the network operation center **60** for corrective action, as described more fully below.

With reference now to FIG. **5**, in an alternative embodiment, rather than measuring and reporting nominal voltage and change in voltage as a means of monitoring and even detecting failures in one or more electrical apparatuses **200** connected to and being controlled by a particular control unit **30** according to aspects of the present invention, the current transformers **44** that effectively function as energy monitors on each of the respective channels or relays **42** may be configured instead to interface with the microprocessor **34** by way of a "SAMES" integrated circuit ("IC") or energy measurement circuitry **61** so as to convert CT voltage to actual units of energy (Watts). More particularly, in the alternative embodiment, voltage sense inputs **62** in parallel with the current transformer **44** on each channel cooperate with the current transformer **44** to give the energy measurement circuitry **61** voltage and current data from which to calculate energy (i.e., V(AC)xi(AMP)=Watts). The energy measurement circuitry **61** is in the exemplary embodiment actually a separate processor (ASIC) that takes the current data output from the current transformer **44** and the actual control circuit voltage(s) from the voltage sense inputs **62** to precisely calculate the energy values. By looking at true energy draw (Watts) and consumption (totalization, in kW·hr) and not just voltage or current, more precise monitoring of an electrical apparatus **200** is enabled, such that early detection of problems and failure prediction is possible, based, for example, on increased energy consumption on the same channel or relay **42**. Accordingly, rather than an all-or-nothing step-down as

EX. 2
13 of 19

13

with voltage monitoring indicating, as above, that a bulb or ballast is out, for example, instead, with energy monitoring as enabled by the incorporation of a "SAMES" or other such integrated circuit on each channel, slight variations in energy consumption, as indicating additional resistance on a line or increased friction on a pump shaft as when a bearing is beginning to go, can be detected and reported. Based on the firmware installed in the microprocessor 34 or user selected threshold values, increased energy consumption, for example, of five percent (5%) on a particular channel or relay 42 may be reported for corrective action. In part, such corrective action may include inspection and, as necessary, repair or replacement of the affected electrical apparatus 200 being monitored and controlled, or power to the electrical apparatus 200 may simply be cut or reduced to minimize the effect on operation of the electrical apparatus 200 and the rest of the system being controlled. The advantage of the using the SAMES IC or other such energy measurement circuitry 61 as described herein in connection with the alternative exemplary embodiment of FIG. 5 is that this allows the device 30 to achieve very accurate measurements of both single-phase and three-phase energy, though the illustrated device 30 per the electrical schematic of FIG. 5 is configured for controlling two-wire, single-phase circuits, with two additional relays per channel being one means by which three-phase circuits would be monitored and controlled. By comparison, in the embodiment of FIG. 2, the device is configured to essentially only see current fluctuations on single phase circuits and then report upon exception. Whereas the addition of the energy measurement circuitry 61 allows the embedded software to look at the total control circuit's energy health (i.e., power factor, phase angle error, missing phase, over/under voltage conditions etc.). This again allows the device 30 to detect a wattage drop in the control circuit. For example, then, if there is a control circuit that has "mixed apparatus" loads (i.e., to illustrate in a lighting application, twenty 500 W bulbs, one 40 watt bulb and ten 100 W bulbs all on a 480 volt 3-phase circuit), the controller 30 is able to see any or all bulb failures including the one 40 W bulb, which again would not be possible if only looking at current rather than energy. In sum regarding the alternative exemplary embodiment, an electrical controller 30 according to aspects of the present invention has the ability to monitor two independent energy inputs provided by the SAMES energy and power measurement circuitry 61. These inputs are divided into two separate channels that are independently associated with relays 42, which relays 42 can be used to make and break an electrical connection that will power an external circuit relating to a controlled and monitored electrical apparatus 200 such as an electric motor, lighting, HVAC, or any type of electrical device that can be controlled using a switch. The energy used to power such an external device circuit can be directly monitored by using a current transformer (CT) and the input voltage, from which energy (Watts) consumption can be calculated. If an energy value is determined to be out of bounds, based on configurable minimum/maximum thresholds, an alarm notification will be sent by the device 30. The alarm conditions may require an initial energy baseline be taken in order to set the alarm thresholds. The type of energy load to be monitored is configurable per channel by switching on-board latching relays to modify such power and energy properties as the measurable $V_{RATED}$ and $I_{RATED}$ input to the SAMES IC. Many energy parameters can be monitored for exceptions. Voltage and current can be monitored as a whole (e.g. mains voltage) or by phase as can the power factor (PF), a phase being synonymous with a physical line. For an alarm notification to be sent the alarm condition must be met for a set

14

period of time, which is preferable to avoid sending multiple alarm notification messages for a border-line exception condition that may bounce in and out of alarm. The duration (or delay) provides a way for the user to customize the sensitivity of the alarm monitor. In addition to receiving an alarm notification, the alarm monitor can also be configured to deactivate the relay on alarm to protect the external circuit (i.e., the electrical apparatus 200), thus acting like a circuit breaker. If this operation of the control unit 30 is selected then an alarm must be cleared manually by the user. When the relay is deactivated the external circuit may no longer be powered, thus preventing the device from clearing the alarm autonomously. It should be noted that if such protection to the external circuit is to be achieved the sensitivity duration should be set to essentially zero (so the response to an alarm can be substantially immediately acted upon). Thus, the firmware will not employ the duration setting if circuit protection is enabled. Also, it is not necessary that the energy being monitored be from the circuit that is controlled by the relay contacts, as the relays 42 and SAMES IC 61 may be physically isolated from each other depending on how the control unit 30 is installed and configured. In a specific embodiment, a SAMES SA9904B IC is employed, which features bidirectional active and reactive energy and power measurement per phase and the ability to monitor single phase or three-phase power. In order for the firmware to correctly monitor energy, the type of power must be specified as part of the initial set-up of the device 30. In addition, the RMS voltage and frequency is also measurable per phase. Energy measurement can be limited to the energy used during relay controlled events or it can be the total energy for the system regardless of the relay state. Those skilled in the art will again appreciate that while two channels or relays 42 have been shown and described along with other details concerning the SAMES IC 61 as part of the circuit so as to receive and act on data from both the current transformers 44 and the voltage sense inputs 62, a variety of other electrical components and number thereof may be incorporated in a controller 30 according to aspects of the present invention without departing from its spirit and scope. For example, with continued reference to FIG. 5, the microprocessor 34 is shown as further including a UART (Universal Asynchronous Receiver/Transmitter) 64, which is a microchip with programming that controls a computer's interface to its attached serial devices such as an RS-232C Data Terminal Equipment (DTE) interface so that it can "talk to" and exchange data with modems and other serial devices; specifically, here, the UART 64 is in series between the RAM 38 (firmware) and the RF Transceiver 32, the UART 64 handling the TTL serial protocol in order to communicate with the RF module. Additionally, the microprocessor 34 is also shown as now having the clock circuit 40 on board, as well as an SPI (Serial Peripheral Interface) 66 used to enable connectivity and communication between the SAMES IC's 61 and the RAM 38 (firmware) (its output energy values (KW/second) are then read into the firmware and processed accordingly) and an I/O (input/output) control 68 in series between the relays 42 and the RAM 38. There is also shown an on-board Flash ROM 70 incorporating the RAM storage 38 onto which the embedded operating system is flashed, while an external EPROM 36 is now employed for storing the device configuration and runtime information in the event of a software update/reprogramming of the device 30. Ultimately, in the alternative exemplary embodiment of FIG. 5, an NXP 2138 SoC (System on Chip) type microprocessor having 512 Kb of onboard Flash ROM (code space) and 32 Kb of RAM is employed having the features such as the SPI shown and described as part of an "on chip peripheral stack" and not as

US 8,421,588 B1

15

a separate integrated circuit, though once more those skilled in the art will appreciate that any processor and other electrical components and configurations thereof now known or later developed capable of performing as described herein may be employed without departing from the spirit and scope of the invention. It is further noted that an on-board power supply 48 is shown in FIG. 5 as being substantially analogous to the voltage transformer and regulation circuits 48 of the embodiment of FIG. 2, while the external power source 58 (FIG. 2) is not shown in FIG. 5 for simplicity. It will be further appreciated that while such a control unit 30 as shown and described in connection with FIG. 5 is thus able to monitor and report on the health of an external or downstream circuit (i.e., the operation of a controlled electrical apparatus 200), the unit 30 so configured to monitor actual energy and sense fluctuations and anomalies can thus effectively monitor upstream energy quality, or the quality of power being supplied from the grid. As such, the control unit 30 and its data gathering and reporting provides for quality control and an audit trail relating to both supplied and consumed energy while further enabling responsive control of a remote electrical apparatus 200 at least in part based on such energy data. Moreover, it will be appreciated that such a controller 30 in combination with energy monitoring functionality (or a combination controller and wireless energy or Watt meter) has a number of further advantages in use, including the ability to pre-pay for and/or receive a finite, measured amount of energy and then shut off the controlled device(s) 200 after that amount of energy has been consumed. For example, the controller 30 and accompanying software/website as accessed over the Internet 62 through the host network operations center 60 (FIG. 1) could allow users to set a maximum amount of energy to be consumed in a given period of time, say on a monthly basis, for example. The controller/software could then do a number of things, such as: (1) shut off power once that maximum monthly energy amount has been reached; (2) calculate and ration out a daily amount of energy, and shut off power daily if that daily energy amount has been reached (thus preventing the user from burning through all of their energy in the first few days of the month); (3) provide visual updates on the current amount of energy use and how much is remaining in that given month, day, etc.; and (4) automatically, or allow the user to manually, categorize and prioritize electrical components such that less important components are automatically shut off to conserve the rationed amount of energy for relatively more important devices. As such, the combination control and monitoring functionality of the controller 30 according to aspects of the present invention enables energy usage management, so as to stay within quotas and use energy more efficiently, as by not only controlled apparatuses that have not failed or have predictive failure, but also by planned use of such apparatuses, such as during non-peak hours.

Turning again to FIG. 4, regarding user input of information relating to the geographical location of a particular control unit 30, as in step 106, inherently, the geographical location of each unit 30 falls within a specific time zone. With this location and time zone pin-pointed, the control unit 30 can be configured to make the appropriate offset from the international Greenwich Mean Time ("GMT") real-time data 28 provided from the wireless network 20 (FIG. 1) so as to synchronize to local real-time. In the continental United States, for example, there are effectively five time zones: (1) eastern daylight savings time ("EDST"), four hours earlier than GMT; (2) eastern standard time ("EST") or central daylight savings time ("CDST"), five hours earlier than GMT; (3) central standard time ("CST") or mountain daylight savings

16

time ("MDST"), six hours earlier than GMT; (4) mountain standard time ("MST") or pacific daylight savings time ("PDST"), seven hours earlier than GMT; and (5) pacific standard time ("PST"), eight hours earlier than GMT. Thus, with the control unit 30 powered up and initialized and ready for communication, the unit's time zone can be set through a host- or user-initiated command. Specifically, in the exemplary embodiment, a global positioning system ("GPS") satellite 24 transmits international standard time data 28 in Greenwich Mean Time ("GMT"), which is then acquired by a GPS transceiver 22 and transmitted to a ReFLEX transceiver 26 located at a local tower site. The ReFLEX transceiver 26 then encodes the real-time data 28 for ReFLEX-frame time-stamp transmission, which under the current protocol would be a 901 to 940 MHz ReFLEX two-way radio frequency signal with the embedded time stamp, such as in the first frame of a 16- or 32-frame data header. Ultimately, this GMT real-time data 28 is received by the remote processor/transceiver control unit 30 located at the electrical apparatus 200. Because the control unit 30 has been set-up and initialized, including accounting for its geographical location, and thus time zone, the unit is able to convert the GMT real-time data 28 imbedded in the ReFLEX transmission into local time, or system time, for that particular control unit 30. The date may also be embedded in the real-time data 28 signal and/or may be initially set by the user during unit installation at step 106. Again, while a two-way ReFLEX network 20 is shown and described in the exemplary embodiment, it will be appreciated that any two-way wireless data transmission system now known or later developed in the art that includes imbedded real-time data inherent in the network provider's signal can be employed without departing from the spirit and scope of the present invention. Beyond configuring each unit 30's time zone remotely through a command sent from the host network operations center 60 according to the geographical location of the control unit 30 determined during installation, as explained more fully above, in the exemplary embodiment, the control unit 30 is further capable of accounting for sunrise and sunset in its particular location for more accurate and efficient control of its associated electrical apparatuses 200, particularly lights and lighting systems. Essentially, to determine the sunrise and sunset (dawn and dusk) times, the latitude and longitude of each control unit 30 is also defined. In the exemplary embodiment, these values are sent from the host 60 to each control unit 30 during setup and initialization. With the date and these values, the control unit 30 itself, through its microprocessor 34 and permanently stored programming, is able to calculate sunrise and sunset times and to control its associated electrical apparatus(es) 200 accordingly, depending on whether a dusk/dawn with cutback or dusk/dawn with start time or end time schedule is stored in the control unit 30, as explained below. It will be appreciated by those skilled in the art that the latitude and longitude data and the corresponding sunrise and sunset calculations may be downloaded or made in a number of other ways without departing from the spirit and scope of the invention.

Generally, with reference to FIGS. 1-5, in use an operating protocol 90 is stored in the microprocessor 34 or other memory location 38 of each processor/transceiver control unit 30 for each channel 42, either at the factory or through a wireless signal generated by the user interfacing with the system 10 over a secure Internet connection 62 to the host network operations center 60. The user may also indirectly initiate the storage of the operation protocol 90 by initially configuring the control unit 30 and/or the network operations center 60 such that operating instructions are sent to one or

**17**

more control units **30** automatically. The host **60** is essentially a web-based server and corresponding software configured to process and cooperate with user commands in configuring the control units **30**. As explained in more detail below, each operating protocol **90** is essentially a permanent, or default, schedule or a temporary, or override, schedule. Turning further to FIG. **6**, messages of any kind are communicated to the control unit **30** over the wireless network **20** at the initiation of a user through a terminal **64**, as indicated in step **140**, though, again, some messages may be sent automatically. At step **142**, the host network operations center **60** then validates the unit **30**'s status before proceeding further, which would include insuring that the particular unit **30** to which the user's command is directed is powered on through the request for and receipt of a power on or "Boot Up" message from the unit **30**, as in step **144**. If power is not found to be on for the control unit **30** at issue or it is otherwise unresponsive or not functioning properly, the host **60** will prompt the user for a next command, as indicated at step **146**, which would essentially be to cancel the command and prompt the user later when the unit **30** is responding and/or powered up, as in step **148**, or store the command at the network operations center **60** and send it later when the unit **30** is responding and ready, as in step **150**. In step **152**, once the control unit **30** is found to be on and ready to receive transmissions, either initially or on a retry, or if such is assumed by the host **60**, the command is at that time sent over the wireless network **20** to the control unit **30**. If the control unit **30** does not have power or the command is otherwise not received by the unit **30**, the command is stored and queued for retransmission, as indicated at step **154**. When any such command message is sent from the host **60**, in the exemplary embodiment, it will include a date/time stamp in the time zone of the control device **30** to which the message is being sent, which is effectively the expiration date/time for the message. Thus, where the control unit **30** in fact has power and successfully receives the command signal, in step **156**, the expiration date/time of the signal is compared by the control unit **30** to real-time for that location as kept by its clock circuit **40**. If the command is received after the expiration date/time stamp it is to be ignored by the control unit, as in step **158**. On the other hand, if the command is received before the expiration date/time or there is no date/time stamp in the command message from the host **60**, in which case the control unit **30** is to assume that the command has no expiration, the command is executed accordingly, as in step **160**. At step **162**, after any command is executed, a confirmation message is sent from the control unit **30** to the host network operations center **60**, as explained in more detail below. Those skilled in the art will appreciate that the command message communication shown and described is merely exemplary and that numerous other command and message sequences can be employed without departing from the spirit and scope of the present invention.

Referring generally once more to FIG. **1**, in controlling the electrical apparatuses **200** to which a particular processor/transceiver control unit **30** is connected, in the exemplary embodiment each unit **30** generally follows its stored operating protocol **90** (FIG. **2**) according to a hierarchical approach. The default operating protocol **90** is any associated permanent schedule. Permanently scheduled events, or events **60** which are recurring, are generally defined by their day of execution, start time, event number, relay state, and duration. In the exemplary embodiment, three events per day may be configured for each day of the week, or a total of twenty-one scheduled events per week. In other words, Monday can have a different permanent schedule than Tuesday, etc. Accordingly, portions of the permanent schedule may be updated or

**18**

changed remotely without transmitting an entire schedule batch. As above, if electrical power to the control unit **30** is lost, the unit **30** will maintain its permanent schedule and run accordingly until power is restored and a different schedule is imposed, either as a temporary schedule or through an on-demand command. If a temporary schedule is then transmitted by the user through the host network operations center **60** to the control unit **30**, the temporary schedule will be followed and will override the permanent schedule to the extent that the times in the respective schedules overlap. Temporary scheduled events are single or one-time events that are generally defined by a day of execution, start time, relay state, and duration. In the exemplary embodiment, twenty-one temporary scheduled events may be stored in the memory of the control unit, though it will be appreciated that any number of temporary events can be scheduled, as they are not limited to a weekly or daily interval, but may be scheduled at any time. Regarding the duration of a temporary scheduled event, if the duration is set to zero, the temporary event will run indefinitely until the inverse relay state is executed by a permanent schedule or an on-demand command sent by a user. Any other duration will cause the temporary event to run for that time period from the start time, at the end of which the control unit will return to its default state according to the permanent schedule. Thirdly, whether the control unit **30** is presently controlling its associated electrical apparatus(es) **200** according to a permanent or temporary schedule, if an on-demand command is transmitted from the host **60** having a start time that is the same as or later than real-time, the on-demand command will be executed at the appropriate time, thereby overriding any permanent or temporary schedule on which the control unit would otherwise be operating. Examples of on-demand commands that may be sent from the host network operations center **60** to a remote processor/transceiver control unit **30**, again, either at the initiation of a user or automatically, include "On," "Off," "Record Voltage," and "Reset." Once the on-demand command is completed, the control unit **30** will revert back to whatever schedule, permanent or temporary, it was to be following at that time. Moreover, rather than actual times of day, the processor/transceiver control unit **30** can execute according to an operating protocol **90** that accounts for sunset and/or sunrise, or dusk/dawn, the calculations of which are explained above. Where the electrical apparatus **200** is a light pole that is to be turned on a certain number of minutes before dusk and/or turned off a certain number of minutes after dawn, for example, an operating protocol based on dusk/dawn with cut-back can be employed. As such, the dusk/dawn times corresponding to when the electrical apparatus **200** would be turned on and off may be adjusted by a fixed number of minutes, such as thirty minutes before dusk and thirty minutes after dawn. Similarly, where electrical apparatus **200** is to be turned on at dusk or turned off at dawn but have a fixed end time or start time, respectively, an operating protocol based on dusk with end time or dawn with start time can be employed, for example. In this way, dusk or dawn can be one triggering event, but a fixed time can be the other. It will be appreciated that both the dusk/dawn with cut-back and dusk/dawn with start or end time operating protocols may be useful in connection with numerous electrical apparatuses beyond light poles and that, as such, the light poles shown and described are, again, merely exemplary. In one or more of the exemplary embodiments, the commands that may be sent to the processor/transceiver control unit **30**, either automatically or as initiated by the user, include, but are not limited to, "Set Time Zone," "Operate Initialization Routine," "Set Warm Up Duration," "Set Alarm Voltages and Bias," "Set Default Device State," "Set Perma-

US 8,421,588 B1

19

20

nent Scheduled Events," "On Demand," "Channel Override," "Configure Dawn/Dusk Operation," "Configure Dawn/Dusk Operation with Start Time," "Configure Dawn/Dusk Operation with End Time," "Set Temporary Scheduled Event," "Delete Temporary Scheduled Event," "Clear Event Configuration," "Enable/Disable Voltage Alarm Monitor Message," "Acknowledge Alarm Message," "Clear Alarm Message," "Set Runtime Download Message," "Set Boot Message," "Reset to Default," "Status Request," "Voltage Reading Request," "Runtime Log Request," "Check-sum Request," "Event Configuration Request," "Alarm Voltage Request," "Event State Request," "Time Stamp Request," "Initialization Request," "Disable Alarm," "Energy Calibration," "Get Alarm Configuration," "Get Alarm Status," "Get Baseline," "Reset Circuit Protection," "Run Baseline Initialization," "Set Alarm Configuration," "Set Mains Power," and "Set Monitoring Mode."

As indicated previously, communications from the remote processor/transceiver control unit 30 are transmitted through a local ReFLEX transceiver 26 and a ReFLEX network operations center 27 and then to the host network operations center 60 via the Internet 62. Users may also receive messages from and remotely program one or more of the remote processor/transceiver control units 30 through the same host network operations center 60 over the Internet 62, with signals corresponding to communications from a user to a particular processor/transceiver control unit 30 also being transmitted through the two-way ReFLEX network 20. Again, while a two-way ReFLEX network is shown and described in the exemplary embodiment, it will be appreciated that any two-way wireless data transmission system now known or later developed can be employed without departing from the spirit and scope of the present invention. Further, in the exemplary embodiment, the user views the control unit 30's configurations and activities and sends and receives communications regarding such through a terminal interface 64 operating over a global communication network 62. An example of such is viewable through a VT-102-compatible terminal emulator program, though, again, it will be appreciated that numerous software programs and configurations, both now known and later developed, for facilitating network data transmission may be employed in the present invention. Regarding the host 60's, and ultimately the user's, tracking the status and performance of the electrical apparatuses 200 being controlled by the wireless system 10 of the present invention, there are numerous status messages that may be sent by the control units 30, again, either automatically or at the user's specific initiation. First, as above, each processor/transceiver control unit 30 effectively sends a confirmation message whenever a command is received and its function performed, the initialization routine 126 described above not excepted, which automatically sends an initialization confirmation as part of its very function. Confirmations are generally sent only when commands or messages are communicated from the host network operations center 60 to the control unit 30, with the intent to confirm that the message was received and executed. Accordingly, each confirmation message preferably includes a command identifier. Whenever the processor/transceiver control unit 30 powers an associated electrical apparatus 200 or otherwise boots, a "power-on" or "boot up" message will be transmitted from the control unit 30 to the host network operations 60 center via the wireless network 20. This feature, which is part of the software code permanently stored in the control unit 30's microprocessor 34, may nonetheless be enabled or disabled remotely over the wireless network 20. The control unit 30 may also provide a status message on polling the host 60, which would include the relay state (on or off), the actual voltage(s) measured by the current transformer(s) or actual or totalized energy consumption as calculated by the integrated circuit or other chip or processor based on voltage, the current relay runtime, and the date and time the status was requested. Relatedly, the control unit 30 stores daily runtime data that can be downloaded in batch form to the host 60 based on a user- or host-initiated command. Further, the control unit 30 may be configured to send runtime data to the host 60 once per day automatically. In one configuration, the control unit 30's daily runtime data, or heartbeat message, is set to include the total relay on-time for the 12-hour morning period and the 12-hour evening period of the 24-hour daily run cycle. Check-sum is a programming feature of the processor/transceiver control unit 30 that periodically verifies its scheduling information against that of the host 60, or the unit 30's event configuration against that entered by the user. The control unit 30 can be queried automatically by the host 60 or by a user command. In the exemplary embodiment, the check-sum used is a cyclic redundant code employing polynomial of width 8 ("CRC-8"). It will be appreciated by those skilled in the art that a variety of programming codes or steps may be employed in periodically verifying the control unit 30's scheduling data against that entered by the user and that the CRC-8 check-sum is merely exemplary. A reset command may be sent to the processor/transceiver control unit 30 so as to erase all configuration information and return the control unit 30 to its factory defaults. The reset feature is useful when the control unit 30 is reinstalled in another environment and must be reset so that the host network operations center 60 can initiate the initialization routine 126 described above. As above, the control unit 30 is also configured to send a voltage alert signal when a low-voltage, saturation-voltage, or off-voltage condition is detected or current or totalized energy data, which indicates that one or more electrical apparatuses being controlled has in some way malfunctioned or is beginning to, as explained above. The alert signal will generally include the type of alert and the date and time of the alert. Alerts are sent to the host network operations center 60 initially in real-time as they occur, and then every twenty-four hours until the control unit 30 receives a message from the host 60 confirming receipt of the alert. Even after receiving the confirmation message from the host 60, the control unit 30 stays in alert mode, without sending additional alerts, until an acknowledgement that the situation has been corrected is received, typically in the form of clear alert command initiated by the user over the Internet 62 through the host network operations center 60. While the above-described alert signal protocol is the exemplary default for the control units 30, each alert function can be wirelessly enabled or disabled for each control channel, or relay 42, through user commands. In addition to the voltage or energy consumption alert signals, the control unit 30 may be further programmed to similarly send other alert signals, such as a relay failure alert indicating that a control channel, or relay 42, itself has malfunctioned. Moreover, it will be appreciated by those skilled in the art that numerous other combinations and sequences of wireless alerts and response communications are possible without departing from the spirit and scope of the invention. In the exemplary embodiment, the messages that may be sent from the processor/transceiver control unit, either automatically or as initiated by the user, include, but are not limited to, "Boot Up," "Initialization Complete," "Low Voltage Alarm," "Saturation Voltage Alarm," "Off Voltage Alarm," "Channel Voltage Reading," "Device Status Reading," "Daily Runtime Download," "Runtime Log," "Check-sum Response," "Event Configuration Response," "Stored

21

Alarm Voltages," "Event State Download," "Time Stamp Download," "Initialization Status Download," and "Command Confirmation."

While aspects of the invention have been described with reference to at least one exemplary embodiment, it is to be clearly understood by those skilled in the art that the invention is not limited thereto. Rather, the scope of the invention is to be interpreted only in conjunction with the appended claims and it is made clear, here, that the inventors believe that the claimed subject matter is the invention.

What is claimed is:

**1**. A device for controlling one or more electrical apparatuses and monitoring the energy consumption thereof comprising:

a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver, the microprocessor storing an operating protocol, the processor/transceiver control unit further having one or more relays defining channels wired to the microprocessor and on which respective ones of the electrical apparatuses are connected to the processor/transceiver control unit, each relay having an associated current transformer for monitoring the circuit amperage, the processor-transceiver control unit configured for remotely controlling the one or more electrical apparatuses connected thereto according to the operating protocol in conjunction with commands communicated to the device through the transceiver; and

a means for measuring and totalizing energy consumption on each channel, whereby the processor/transceiver control unit monitors the energy consumption of each electrical apparatus and controls power thereto according to at least one of the energy consumption and the operating protocol associated with the respective electrical apparatus, and further whereby the processor/transceiver control unit reports early problem detection and predictive failure of a particular electrical apparatus based on a detected proportional increase in energy consumption by the particular electrical apparatus.

**2**. The device of claim **1** wherein the measuring means comprises energy measurement circuitry on each channel electrically connected to both the associated current transformer and a voltage sense input parallel to the respective current transformer and configured for monitoring the circuit voltage, the current transformer and the voltage sense input being electrically connected to the respective controlled electrical apparatus, wherein the current transformer, the voltage sense input, and the energy measurement circuitry are electrically connected downstream of the respective relay, the energy measurement circuitry being configured to calculate energy from control circuit current data supplied by the respective current transformer and control circuit voltage data supplied by the respective voltage sense input.

**3**. The device of claim **2** wherein the energy measurement circuitry is configured as a bidirectional integrated circuit.

**4**. The device of claim **3** wherein the energy measurement circuitry of each channel is electrically connected to a SPI (Serial Peripheral Interface) of the microprocessor configured to enable connectivity and communication between the respective energy measurement circuitry of the microprocessor wherein is stored the operating protocol, whereby the output energy values from the energy measurement circuitry of each channel are then read into the microprocessor and processed accordingly.

**5**. The device of claim **1** further comprising:

a means for establishing an initial energy baseline for each channel; and

22

a means for establishing a threshold increase in energy consumption for each channel over the initial energy baseline, whereby detected energy consumption in excess of the threshold increase results in alarm reporting by the device.

**6**. The device of claim **5** further comprising a means for deactivating the relay associated with the channel on which the excess energy consumption by the respective electrical apparatus is detected and reported, whereby the device functions like a circuit breaker.

**7**. The device of **6** further comprising a means for setting a delay for alarm reporting, whereby the excess energy consumption must be detected for a minimal time prior to alarm reporting, which delay setting means is enabled only when the respective deactivating means is disabled.

**8**. The device of claim **1** further comprising a means for selecting energy totalization during relay-controlled events only.

**9**. The device of claim **8** further comprising a means for setting an energy totalization threshold for each channel for a set period of time.

**10**. The device of claim **9** wherein the operating protocol in conjunction with the cumulative energy totalization and the selected energy totalization threshold for each channel for the set period of time is configured for one or more functions selected from the group consisting of:

shutting off power to the associated electrical apparatus through the respective relay once the energy totalization threshold has been reached;

calculating and rationing an amount of energy as a fraction of the energy totalization threshold and shutting off power to the associated electrical apparatus through the respective relay when the rationed amount of energy has been reached for a corresponding fraction of the set period of time;

providing status updates on the cumulative energy totalization and how much of the selected energy totalization threshold for each channel is remaining for the set period of time; and

categorizing and prioritizing respective ones of the electrical apparatuses being monitored and controlled and shutting off power to an associated lower priority electrical apparatus through the respective relay once the energy totalization threshold or some fraction thereof has been reached so as to conserve energy for relatively higher priority electrical apparatuses being monitored and controlled.

**11**. The device of claim **1** further comprising a means for qualifying control circuit energy health wherein power factor, phase angle error, missing phase, and over/under voltage conditions may be monitored and reported for both a downstream electrical apparatus and an upstream power source.

**12**. The device of claim **1** further comprising two additional relays per channel, whereby three-phase control circuits may be monitored and controlled.

**13**. The device of claim **12** further comprising an on-board latching relay per channel, whereby the type of energy load to be monitored is configurable per channel by switching the respective latching relay to modify power and energy properties of a measurable $V_{RATED}$ and $I_{RATED}$ input to the measuring means.

**14**. The device of claim **1** further comprising a UART (Universal Asynchronous Receiver/Transmitter) electrically connected between the transceiver and the microprocessor wherein is stored the operating protocol.

US 8,421,588 B1

23

**15**. A device for controlling one or more electrical apparatuses and monitoring the energy consumption thereof comprising:

a processor/transceiver control unit connected to each electrical apparatus and having at least one microprocessor wired to a transceiver, the microprocessor storing an operating protocol, the processor/transceiver control unit further having one or more relays defining channels wired to the microprocessor and on which respective ones of the electrical apparatuses are connected to the processor/transceiver control unit, each relay having an associated current transformer for monitoring the circuit amperage and a parallel voltage sense input for monitoring the circuit voltage, the processor-transceiver control unit configured for remotely controlling the one or more electrical apparatuses connected thereto according to the operating protocol in conjunction with commands communicated to the device through the transceiver;

energy measurement circuitry on each channel electrically connected to both the associated current transformer and the voltage sense input and configured to calculate energy from control circuit current data supplied by the

24

respective current transformer and control circuit voltage data supplied by the respective voltage sense input and thereby measure energy consumption on each channel, the energy measurement circuitry being further connected to the microprocessor;

a means for establishing an initial energy baseline for each channel; and

a means for setting a threshold increase in energy consumption for each channel over the initial energy baseline, whereby the processor/transceiver control unit monitors the energy consumption of each electrical apparatus and controls power thereto according to at least one of the operating protocol and the energy consumption associated with the respective electrical apparatus, and further whereby the processor/transceiver control unit reports early problem detection and predictive failure of a particular electrical apparatus based on detected energy consumption by the particular electrical apparatus in excess of the threshold increase in energy consumption for the particular electrical apparatus.

\* \* \* \* \*

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| WIRELESS TELEMATICS, LLC | OUTDOORLINK, INC. and OUTDOORLINK SERVICES, INC. |

**(b)** County of Residence of First Listed Plaintiff   San Diego, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John K. Buche (SBN 239477); Lindsay D. Molnar (SBN 275156)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305, La Jolla, CA 92037; Phone: 858-459-9111

Attorneys *(If Known)*

'14CV1263 AJB  JMA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 1, et al.
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ To Be Determined

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*      JUDGE _____      DOCKET NUMBER _____

DATE
05/21/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____