# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

|  |  |
|---|---|
| **WIRELESS TELEMATICS, LLC,** )<br>  )<br>   **Plaintiff,** )<br>  )<br> **vs.** )<br>  )<br> **OUTDOORLINK, INC., et al.,** )<br>  )<br>  **Defendants.** )<br>  ) | Civil Action Number<br>**5:15-cv-00408-AKK** |

## ORDER

The court **GRANTS** the parties' joint motion to dismiss all claims with prejudice, doc. 81.  Pursuant to the terms of the parties' settlement agreement, this case is **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs. The clerk is **DIRECTED** to close this file.

**DONE** the 24th day of September, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE